## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, for Itself
and as Trustee for the Zuni Indian Tribe, Navajo
Nation and Ramah Band of Navajos
and
STATE OF NEW MEXICO, ex rel. STATE
ENGINEER,

      Plaintiffs,

and

ZUNI INDIAN TRIBE,
NAVAJO NATION,

      Plaintiffs in Intervention,

v.

STATE OF NEW MEXICO COMMISSIONER
OF PUBLIC LANDS,
and
A & R PRODUCTIONS, et al.,

      Defendants.

**No. 01cv00072-BB**

**ZUNI RIVER BASIN
ADJUDICATION**

Sub-area Ramah

**Subfile No:**   ZRB-5-0069

---

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiffs, the United States of

America ("United States") and the State of New Mexico ex rel. State Engineer ("State"), and:

## ROBERT CAIN & HELEN CAIN

("Defendant") concerning the Defendant's right(s) to use the public waters of the Zuni River

Stream System, Sub-area Ramah, as set forth below FINDS:

---

1.     The Court has jurisdiction over the United States, the State, the Defendant and the subject matter of this suit.

2.     As evidenced by the parties' signatures below, the United States, the State, and the Defendant are in agreement concerning all elements of the right(s) of the Defendant set forth in paragraph 4 of this Consent Order to divert and use the public waters of the Zuni River Stream System, Sub-area Ramah.  This Consent Order and the parties' respective signatures below evidence the entire agreement between the United States, the State, and the Defendant regarding the elements of the water right(s) adjudicated by this Consent Order.

3.     There is no just reason to delay entry of this Consent Order as a final judgment as between the United States, the State, and the Defendant regarding the elements of the claims of the Defendant adjudicated by this Consent Order.

4.     The right(s) of the Defendant to divert and use the public waters of the Zuni River Stream System, Sub-area Ramah, is as set forth below:

## WELL

| | |
|---|---|
| **Map Label:** | 3B-5-W123 |
| **OSE File No:** | G 2665 |
| **Priority Date:** | 8/3/2007 |
| **Purpose of Use:** | 72-12-1 DOMESTIC ONE HOUSEHOLD |

**Well Location:**     As shown on Hydrographic Survey Map  3B-5E

**S.** 35  **T.** 11N  **R.** 16W   **1/4, 1/16, 1/64:** SE    NW   SW

**X (ft):** 1,505,954      **Y (ft):** 2,525,012

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Amount of Water (ac-ft per annum):** Historical beneficial use not to exceed 0.7 ac-ft per annum;

---

5.      Defendant has no right to divert and use the public waters of the Zuni River Stream System, Sub-area Ramah, except as set forth in this Consent Order and other orders entered by this Court in this cause.

6.      The Defendant, and Defendant's successors, representatives, heirs and assigns, should be enjoined from any diversion or use of the public waters of the Zuni River Stream System, Sub-area Ramah, except in strict accordance with this Consent Order and other orders of the Court in this cause.

7.      The water right(s) described herein, if any, are adjudicated as between the United States, the State, and the Defendant, subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the right(s) of the Defendant to divert and use the public waters of the Zuni River Stream System, Sub-area Ramah, are adjudicated as set forth herein, as between the United States, the State, and the Defendant. The Defendant, and Defendant's successors, representatives, heirs and assigns, are hereby enjoined from any diversion or use of the public waters of the Zuni River Stream System, Sub-area Ramah, except in strict accordance with this Consent Order and other orders of this Court in this cause.  The Court enters this Consent Order as a partial final judgment, binding on the United States, the State, and the Defendant as to the elements of Defendant's water right(s) set forth herein, subject to the right of any other water right claimant with standing to object prior to the entry of a final decree, and subject to the terms of the final decree in this proceeding.

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

VICKIE L. GABIN
SPECIAL MASTER

ACCEPTED:

ROBERT CAIN                          3/23/2009
                                     DATE

HELEN CAIN                           3/23/2009
                                     DATE

ADDRESS:    Post Office Box 571
            Ramah NM 87321

**COUNSEL FOR THE DEFENDANT (IF REPRESENTED):**

_____         _____
                                  DATE

Consent Order               Page 4          **Subfile No:**  ZRB-5-0069

**COUNSEL FOR THE UNITED STATES:**

_____          $\frac{3}{9}/\frac{09}{}$
BRADLEY S. BRIDGEWATER                    DATE
U.S. Department of Justice
1961 Stout Street - 8th Floor
Denver, CO 80294
(303) 844-1359


**COUNSEL FOR THE STATE OF NEW MEXICO**   _EX REL._   **STATE ENGINEER:**

_____          $\frac{3}{9}/\frac{09}{}$
EDWARD C. BAGLEY                          DATE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
(505) 827-6150



3B-5-W123

Raman

January 2009

LEGEND

- Well
- Stock Pond
- Basin Boundary
- Sub-Area Boundary
- Section Boundary

N
W        E
S

1 inch = 800 feet

Feet
0   250   500        1,000

Zuni River Basin
Hydrographic Survey

Sub-Area Ramah
Subfile Number: ZRB-5-0069
PLSS: S35, T11N, R16W
Sheet 1 of 1

NRCE®

Natural Resources Consulting Engineers, Inc.

Fort Collins, CO      Oakland, CA      Asmara, ERITREA

Project Manager: L. Niel Allen, P.E., Ph.D.