IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| and | ) | 01cv00072-BB |
| ZUNI INDIAN TRIBE , and NAVAJO NATION, | ) | |
| Plaintiffs-in-Intervention, | ) | ZUNI RIVER BASIN |
| | ) | ADJUDICATION |
| -v- | ) | |
| | ) | |
| A & R PRODUCTIONS, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ADMINISTRATIVE ORDER

THIS MATTER is before the Court *sua sponte*. The Court entered its last Order for deposit of funds to cover fees, expenses, costs, and New Mexico gross receipts taxes in connection with the above captioned water rights adjudication on October 23, 2008 (Docket No. 1933). The Court finds that additional funds are required.

IT IS THEREFORE ORDERED that the United States of America shall advance funds for deposit in the account established by the Court in the amount of $17,100.00. The funds are due on July 6, 2009. They shall be mailed to:

Clerk of the Court, USDC-DCNM
333 Lomas Blvd. NW, Suite 270
Albuquerque, N.M. 87102

The check advancing the funds or the paperwork accompanying the check shall cite the following reference number 66-CV-6639.

_____  
BRUCE D. BLACK  
UNITED STATES DISTRICT JUDGE

Approved:

_____  
Vickie L. Gabin  
SPECIAL MASTER

2