IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,                    )
and                                          )
STATE OF NEW MEXICO, *ex rel*. STATE         )
ENGINEER,                                    )
                                             )
                   Plaintiffs,               )
                                             )        No. 01cv00072 BB/WDS
and                                          )
                                             )        ZUNI RIVER BASIN
ZUNI INDIAN TRIBE, NAVAJO NATION,            )        ADJUDICATION
                                             )
         Plaintiffs in Intervention,         )
                                             )        Subfile No. ZRB-4-0048
         v.                                  )
                                             )
A&R PRODUCTIONS, et al.                       )
                                             )
         Defendants.                         )
_____)

## ORDER GRANTING MOTION TO VACATE DEFAULT JUDGMENT

This matter is before the Court upon the *Motion to Vacate Default Judgment* filed

April 10, 2009 by the Plaintiffs United States of America and State of New Mexico *ex rel.* State

Engineer (Doc. No. 2288).

The Court has reviewed the Motion, and for good cause shown, finds that it

should be GRANTED.

IT IS THEREFORE ORDERED that the Order Granting Default Judgment filed

January 5, 2009 (Doc. No. 2025) concerning Subfile No. ZRB-4-0048 and the defendants Daniel

Bloedel and Cassandra Bloedel IS HEREBY VACATED.

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

VICKIE L. GABIN
SPECIAL MASTER