IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>and<br>STATE OF NEW MEXICO, *ex rel.* STATE ENGINEER,<br><br>       Plaintiffs,<br><br>and<br><br>ZUNI INDIAN TRIBE, NAVAJO NATION,<br><br>       Plaintiffs in Intervention,<br><br>   v.<br><br>A&R PRODUCTIONS, et al.<br><br>       Defendants. | No. 01cv00072-BB<br><br>ZUNI RIVER BASIN ADJUDICATION |

**ORDER GRANTING MOTION TO CORRECT DEFENDANT'S NAME**

This matter is before the Court upon the *Motion to Correct Defendant's Name* filed May 1, 2009, by the Plaintiff United States of America ("United States") (Doc. No. 2347). The United States seeks an order correcting the name of the defendant "FENCE LAKE COMMUNITY ASSOCIATION" to "FENCE LAKE WELL CO-OP," with an updated record mailing address of "C/O VIRGINIA MCDORMAN, P.O. BOX 755, FENCE LAKE, NM 87315."

The Court finds that the motion is well-taken and, for good cause shown, should be GRANTED.

IT IS THEREFORE ORDERED that the name of the defendant "FENCE LAKE COMMUNITY ASSOCIATION" be, and hereby is, corrected to "FENCE LAKE WELL CO-

OP," with an updated record mailing address of "C/O VIRGINIA MCDORMAN, P.O. BOX 755, FENCE LAKE, NM 87315."

                                                       BRUCE D. BLACK
                                                       UNITED STATES DISTRICT JUDGE

Approved:

VICKIE L. GABIN
SPECIAL MASTER

ORDER CORRECTING DEFENDANT'S NAME, PAGE 2