IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| and | ) | |
| STATE OF NEW MEXICO, *ex rel*. STATE | ) | |
| ENGINEER, | ) | |
| | ) | |
|      Plaintiffs, | ) | |
| | ) | No. 01cv00072-BB |
| and | ) | |
| | ) | ZUNI RIVER BASIN |
| ZUNI INDIAN TRIBE, NAVAJO NATION, | ) | ADJUDICATION |
| | ) | |
|      Plaintiffs in Intervention, | ) | |
| | ) | |
|      v. | ) | |
| | ) | |
| A&R PRODUCTIONS, et al. | ) | |
| | ) | |
|      Defendants. | ) | |

## ORDER GRANTING MOTION TO JOIN ADDITIONAL PARTY DEFENDANT

This matter is before the Court upon the motion of the Plaintiff United States of America ("United States") to join additional party defendant filed May 1, 2009 (Docket No. 2348).

The Court finds that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the person named below is hereby joined as a party defendant to this civil action:

CLYDE STAMBAUGH
904 W. CHAVEZ
BELEN, NM 87002

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

VICKIE L. GABIN
SPECIAL MASTER