IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br> and <br> STATE OF NEW MEXICO, *ex rel*. STATE ENGINEER, <br>         Plaintiffs, <br> and <br> ZUNI INDIAN TRIBE, NAVAJO NATION, <br>         Plaintiffs in Intervention, <br>     v. <br> A&R PRODUCTIONS, et al. <br>         Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 01cv072-BB <br><br> ZUNI RIVER BASIN ADJUDICATION |

**ORDER GRANTING MOTION TO JOIN ALL UNKNOWN CLAIMANTS AS ADDITIONAL PARTIES DEFENDANT**

This matter is before the Court upon the motion of the Plaintiff United States of America ("United States") to join all unknown claimants of interest to water in the Zuni River stream system in New Mexico as additional parties defendant, filed May 8, 2009 (Docket No. 2353).

The Court finds that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that all unknown claimants of interest to water in the Zuni River stream system in New Mexico are HEREBY JOINED as parties defendant to this civil action.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

_____
VICKIE L. GABIN
SPECIAL MASTER

*Order Granting Motion to Join All Unknown Claimants*, Page 2