IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> and <br> STATE OF NEW MEXICO, *ex rel*. STATE ENGINEER, <br><br> Plaintiffs, <br><br> and <br><br> ZUNI INDIAN TRIBE, NAVAJO NATION, <br><br> Plaintiffs in Intervention, <br><br> v. <br><br> A&R PRODUCTIONS, et al. <br><br> Defendants. | No. 01cv00072 BB <br><br> ZUNI RIVER BASIN ADJUDICATION |

**ORDER GRANTING MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT**

This matter is before the Court upon the motion of the Plaintiff United States of America ("United States") to join additional parties defendant filed July 13, 2009 (Docket No. 2374).

The Court finds that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the persons named below are hereby joined as parties defendant to this civil action:

        BEVERLY MOODY
        PO BOX 517
        RAMAH, NM 87321

        RICHARD FRANITS
        3732 OTRA VEZ COURT NW
        ALBUQUERQUE, NM 87107

JACQUELINE FRANITS
3732 OTRA VEZ COURT NW
ALBUQUERQUE, NM 87107

STEPHEN VICTOR
PO BOX 3582
ASHLAND, OR 97520

JAMES HOPKINS
6601 E. US HWY 60 #604
GOLD CANYON, AZ 85218

JUSTIN COX
HC 61, BOX 4058
RAMAH, NM 87321

STEPHANIE COX
HC 61, BOX 4058
RAMAH, NM 87321

SCOTT CRAWFORD
50598 W. VAL VISTA ROAD
MARICOPA, AZ 85239

LINDA CRAWFORD
50598 W. VAL VISTA ROAD
MARICOPA, AZ 85239

GLEN RICHARDSON
1372 N. BLACKSTONE
FRESNO, CA 93703

JANET PLUMER
PO BOX 129
VANDERWAGEN, NM 87326

BARBARA GORDON
PO BOX 1767
GALLUP, NM 87305

RONALD MONTANO
3941 RUFFIN AVE SW
ALBUQUERQUE, NM 87105

RALPH MELDRUM
29248 N 59TH ST
CAVE CREEK, AZ 85331

SHARON MELDRUM
29248 N 59TH ST
CAVE CREEK, AZ 85331

RONALD WEATHERFORD
PO BOX 651
GANADO, AZ 86505

JASON HERNDON
PO BOX 138
VANDERWAGEN, NM 87326

AMANDA HERNDON
PO BOX 138
VANDERWAGEN, NM 87326

JOHN GLASGOW
46514 171ST STREET
LANCASTER, CA 93535

JAMES AMSLER
PO BOX 1076
TONTO BASIN, AZ 85553

VITO IACOBO
HC 61, BOX 854
RAMAH, NM 87321

MICHAEL PASICH
1615 W. HWY 66
GALLUP, NM 87301

GERALD BACA
HC 61, BOX 864
RAMAH, NM 87321

MICHAEL THOMPSON
PO BOX 704
RAMAH, NM 87321

MARIANNE THOMPSON
PO BOX 704
RAMAH, NM 87321

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

_____
VICKIE L. GABIN
SPECIAL MASTER

*Order Granting Motion to Join Additional Party Defendant*, Page 4