**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA, for Itself
and as Trustee for the Zuni Indian Tribe,
Navajo Nation and Ramah Band of Navajos
and
STATE OF NEW MEXICO, ex rel. STATE
ENGINEER,

      Plaintiffs,
and

ZUNI INDIAN TRIBE,
NAVAJO NATION,

      Plaintiffs in Intervention,
v.

STATE OF NEW MEXICO COMMISSIONER
OF PUBLIC LANDS,
and
A & R PRODUCTIONS, et al.,

      Defendants.

No. 01cv00072-BB

ZUNI RIVER BASIN
ADJUDICATION

Sub-areas 9 and 10

Subfile No:   ZRB-2-0007

## CONSENT ORDER

    The Court, having considered the agreement between the Plaintiffs, the United States of

America ("United States") and the State of New Mexico ex rel. State Engineer ("State"), and:

WENDELL M. BRIGGS AND MARTHA ANN BRIGGS REVOCABLE TRUST DATED
SEPTEMBER 21, 2006

("Defendant") concerning the Defendant's right(s) to use the public waters of the Zuni River

Stream System, Sub-areas 9 and 10, as set forth below FINDS:

1.      The Court has jurisdiction over the United States, the State, the Defendant and the subject matter of this suit.

2.      As evidenced by the parties' signatures below, the United States, the State, and the Defendant are in agreement concerning all elements of the right(s) of the Defendant set forth in paragraph 4 of this Consent Order to divert and use the public waters of the Zuni River Stream System, Sub-areas 9 and 10. This Consent Order and the parties' respective signatures below evidence the entire agreement between the United States, the State, and the Defendant regarding the elements of the water right(s) adjudicated by this Consent Order.

3.      There is no just reason to delay entry of this Consent Order as a final judgment as between the United States, the State, and the Defendant regarding the elements of the claims of the Defendant adjudicated by this Consent Order.

4.      The right(s) of the Defendant to divert and use the public waters of the Zuni River Stream System, Sub-areas 9 and 10, is as set forth below:

## WELL

**Map Label:**          10C-2-W03

**OSE File No:**        G 1973

**Priority Date:**       8/20/1972

**Purpose of Use:**   NON 72-12-1 DOMESTIC & LIVESTOCK

**Well Location:**      As shown on Hydrographic Survey Map  10C-2

**S.** 11   **T.** 07N   **R.** 17W   **1/4, 1/16, 1/64:** NE    SE    SW

**X (ft):** 2,495,361          **Y (ft):**  1,401,782

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Amount of Water (ac-ft per annum):**    Historical beneficial use not to exceed 5.050 acre-feet per annum;

---

## STOCK POND

| | |
|---|---|
| **Map Label:** | 10C-2-SP05 |
| **Purpose of Use:** | LIVESTOCK |
| **Priority Date:** | 1/1/1955 |
| **Source of Water:** | Surface Runoff |
| **Point of Diversion:** | Not Applicable |

**Amount of Water:**

> **Depth (ft):** 15.0
>
> **Surface Area (sq.ft):**  19,633
>
> **Storage Impoundment Volume (ac-ft):**  4.056

**Pond Location:**  As shown on Hydrographic Survey Map 10C-2

> **S.** 11   **T.** 07N   **R.** 17W   **1/4, 1/16, 1/64:** NE   SE   SE
>
> **X(ft):** 2,495,853   **Y(ft):** 1,402,355
>
> New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**


## STOCK POND

| | |
|---|---|
| **Map Label:** | 10C-2-SP15 |
| **Purpose of Use:** | LIVESTOCK |
| **Priority Date:** | 1/1/1973 |
| **Source of Water:** | Surface Runoff |
| **Point of Diversion:** | Not Applicable |

**Amount of Water:**

> **Depth (ft):** 12.0
>
> **Surface Area (sq.ft):**  16,961
>
> **Storage Impoundment Volume (ac-ft):**  4.672

**Pond Location:**  As shown on Hydrographic Survey Map 10C-2

**S.** 13   **T.** 07N   **R.** 17W   **1/4, 1/16, 1/64:** NW   NW   SE

**X(ft):** 2,496,736        **Y(ft):** 1,398,236

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**


## STOCK POND

**Map Label:**          10C-2-SP16

**Purpose of Use:**      LIVESTOCK

**Priority Date:**       1/1/1930

**Source of Water:**     Surface Runoff

**Point of Diversion:**  Not Applicable

**Amount of Water:**

   **Depth (ft):** 20.0

   **Surface Area (sq.ft):**  11,568

   **Storage Impoundment Volume (ac-ft):**  3.187

**Pond Location:**  As shown on Hydrographic Survey Map 10C-2

**S.** 13   **T.** 07N   **R.** 17W   **1/4, 1/16, 1/64:** NW   NE   NE

**X(ft):** 2,498,110        **Y(ft):** 1,398,562

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):** 20.0


   5.      Defendant has no right to divert and use the public waters of the Zuni

River Stream System, Sub-areas 9 and 10, except as set forth in this Consent Order and

other orders entered by this Court in this cause.

   6.      The Defendant, and Defendant's successors, representatives, heirs and

assigns, should be enjoined from any diversion or use of the public waters of the Zuni

River Stream System, Sub-areas 9 and 10, except in strict accordance with this Consent

Order and other orders of the Court in this cause.

      7.     The water right(s) described herein, if any, are adjudicated as between the

United States, the State, and the Defendant, subject to the right of any other water right

claimant with standing to object prior to the entry of a final decree.

      IT IS THEREFORE ORDERED that the right(s) of the Defendant to divert and

use the public waters of the Zuni River Stream System, Sub-areas 9 and 10, are

adjudicated as set forth herein, as between the United States, the State, and the

Defendant. The Defendant, and Defendant's successors, representatives, heirs and

assigns, are hereby enjoined from any diversion or use of the public waters of the Zuni

River Stream System, Sub-areas 9 and 10, except in strict accordance with this Consent

Order and other orders of this Court in this cause.  The Court enters this Consent Order

as a partial final judgment, binding on the United States, the State, and the Defendant as

to the elements of Defendant's water right(s) set forth herein, subject to the right of any

other water right claimant with standing to object prior to the entry of a final decree,

and subject to the terms of the final decree in this proceeding.


                                                      _____
                                                    BRUCE D. BLACK
                                                    UNITED STATES DISTRICT JUDGE

Recommended for approval:

*Vickie L. Gabin*

_____
VICKIE L. GABIN
SPECIAL MASTER

*Wendell M. Briggs & Martha Briggs*
*Trustees for the Wendell M & Martha Ann Briggs*
ACCEPTED: *Revocable Trust dated 9-21-06*   6.3.09
_____   _____
WENDELL M. BRIGGS AND MARTHA ANN      DATE
BRIGGS REVOCABLE TRUST DATED
SEPTEMBER 21, 2006

ADDRESS:   *HCR 31 Box 21*
           *Fencelake NM 87315*
           _____


**COUNSEL FOR THE DEFENDANT (IF REPRESENTED):**

*Tanya L. Scott*                    *6-8-09*
_____   _____
                                    DATE


**COUNSEL FOR THE UNITED STATES:**

*Bradley S. Bridgewater*            *7/10/09*
_____   _____
BRADLEY S. BRIDGEWATER              DATE
U.S. Department of Justice
1961 Stout Street - 8th Floor
Denver, CO 80294
(303) 844-1359

---

Consent Order            Page 6        **Subfile No:**   ZRB-2-0007

**COUNSEL FOR THE STATE OF NEW MEXICO** *EX REL.* **STATE ENGINEER:**

_____                    3/9/09
Special Assistant Attorney General                  DATE
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
(505) 827-6150

---

Consent Order                    Page 7                    **Subfile No:**   ZRB-2-0007



3

2

1

10C-2-SP05

10C-2-W03

10

11

12

15

14

13

October 2005

**LEGEND**
- ⊙ Well
- ● Town
- ▭ Stock Pond
- ▭ Sub-Area Boundary
- ▭ Section Boundary

N
W    E
S

1 inch equals 800 feet

500  250  0  500
Feet

Zuni River Basin
Hydrographic Survey

**Sub-Area 10**
**Subfile Number: ZRB-2-0007**
**PLSS: S11, T07N, R17W**
**Sheet 1 of 2**

NRCE®

**Natural Resources Consulting Engineers, Inc.**

Fort Collins, CO     Oakland, CA     Asmara, ERITREA

Project Manager:  L. Niel Allen, P.E., Ph.D.



LEGEND

⊙ Well

● Town

☐ Stock Pond

☐ Sub-Area Boundary

☐ Section Boundary

1 inch equals 800 feet

500   250   0   500

Feet

Zuni River Basin
Hydrographic Survey

**Sub-Area 10**
**Subfile Number: ZRB-2-0007**
**PLSS: S13, T07N, R17W**
**Sheet 2 of 2**

October 2005

**NRCE® Natural Resources Consulting Engineers, Inc.**

Fort Collins, CO      Oakland, CA      Asmara, ERITREA

Project Manager:  L. Niel Allen, P.E., Ph.D.