C. Brad
Kate T

2009 JUL 30 AM II: 28

U.S. DEPT. OF JUSTICE
ENV. & NAT. RES.
CLEANED
DENVER, CO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, for Itself
and as Trustee for the Zuni Indian Tribe, Navajo
Nation and Ramah Band of Navajos
and
STATE OF NEW MEXICO, ex rel. STATE
ENGINEER,

       Plaintiffs,

and

ZUNI INDIAN TRIBE,
NAVAJO NATION,

       Plaintiffs in Intervention,

v.

STATE OF NEW MEXICO COMMISSIONER
OF PUBLIC LANDS,
and
A & R PRODUCTIONS, et al.,

       Defendants.

No. 01cv00072-BB

ZUNI RIVER BASIN
ADJUDICATION

Sub-areas 1, 2, and 3 excluding
Ramah

Subfile No:   ZRB-4-0462

### CONSENT ORDER

The Court, having considered the agreement between the Plaintiffs, the United

States of America ("United States") and the State of New Mexico ex rel. State Engineer

### JASON HERNDON & AMANDA HERNDON

("Defendant") concerning the Defendant's right(s) to use the public waters of the Zuni

River Stream System, Sub-areas 1, 2, and 3 excluding Ramah, as set forth below FINDS:

---

1.     The Court has jurisdiction over the United States, the State, the Defendant and the subject matter of this suit.

2.     As evidenced by the parties' signatures below, the United States, the State, and the Defendant are in agreement concerning all elements of the right(s) of the Defendant set forth in paragraph 4 of this Consent Order to divert and use the public waters of the Zuni River Stream System, Sub-areas 1, 2, and 3 excluding Ramah. This Consent Order and the parties' respective signatures below evidence the entire agreement between the United States, the State, and the Defendant regarding the elements of the water right(s) adjudicated by this Consent Order.

3.     There is no just reason to delay entry of this Consent Order as a final judgment as between the United States, the State, and the Defendant regarding the elements of the claims of the Defendant adjudicated by this Consent Order.

4.     The right(s) of the Defendant to divert and use the public waters of the Zuni River Stream System, Sub-areas 1, 2, and 3 excluding Ramah, is as set forth below:

## WELL

| | |
|---|---|
| **Map Label:** | 3C-4-W021 |
| **OSE File No:** | G 02696 |
| **Priority Date:** | 2/25/2008 |
| **Purpose of Use:** | 72-12-1 DOMESTIC ONE HOUSEHOLD |
| **Well Location:** | As shown on Hydrographic Survey Map 3C-4 |

**S.** 20  **T.** 11N  **R.** 15W   **1/4, 1/16, 1/64:** SW   NW   SE
**X (ft):** 2,539,439        **Y (ft):** 1,516,878
New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Amount of Water (ac-ft per annum):**   Historical beneficial use not to exceed 0.7
ac-ft per annum;

5.      Defendant has no right to divert and use the public waters of the Zuni
River Stream System, Sub-areas 1, 2, and 3 excluding Ramah, except as set forth in this
Consent Order and other orders entered by this Court in this cause.

6.      The Defendant, and Defendant's successors, representatives, heirs and
assigns, should be enjoined from any diversion or use of the public waters of the Zuni
River Stream System, Sub-areas 1, 2, and 3 excluding Ramah, except in strict
accordance with this Consent Order and other orders of the Court in this cause.

7.      The water right(s) described herein, if any, are adjudicated as between
the United States, the State, and the Defendant, subject to the right of any other water
right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the right(s) of the Defendant to divert and
use the public waters of the Zuni River Stream System, Sub-areas 1, 2, and 3 excluding
Ramah, are adjudicated as set forth herein, as between the United States, the State, and
the Defendant. The Defendant, and Defendant's successors, representatives, heirs and
assigns, are hereby enjoined from any diversion or use of the public waters of the Zuni
River Stream System, Sub-areas 1, 2, and 3 excluding Ramah, except in strict
accordance with this Consent Order and other orders of this Court in this cause.  The
Court enters this Consent Order as a partial final judgment, binding on the United States,
the State, and the Defendant as to the elements of Defendant's water right(s) set forth
herein, subject to the right of any other water right claimant with standing to object prior
to the entry of a final decree, and subject to the terms of the final decree in this
proceeding.

| Consent Order | Page 3 | **Subfile No:** | ZRB-4-0462 |
|---|---|---|---|

_____
BRUCE D. BLACK
UNITED STATES DISTRICT
JUDGE

Recommended for approval:

_Vickie L. Gabin_
_____
VICKIE L. GABIN
SPECIAL MASTER

ACCEPTED:  _____  7-24-09
JASON HERNDON            DATE

_Amanda Herndon_  7/24/09
AMANDA HERNDON           DATE

ADDRESS:  _P. O. Box 138_
_Vanderwagen, NM  87326_


**COUNSEL FOR THE DEFENDANT (IF REPRESENTED):**


_____          _____
                                          DATE


**COUNSEL FOR THE UNITED STATES:**

_____          7/16/09
BRADLEY S. BRIDGEWATER                    DATE
U.S. Department of Justice
1961 Stout Street – 8th Floor
Denver, CO 80294
(303) 844-1359


Consent Order          Page 4          **Subfile No:**   ZRB-4-0462

**COUNSEL FOR THE STATE OF NEW MEXICO** *EX REL.* **STATE ENGINEER:**

_____

EDWARD C. BAGLEY
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
(505) 827-6150

7/16/09
DATE

---

Consent Order                    Page 5              **Subfile No:**    ZRB-4-0462

18

17

16

19

20

21

3C-4-W021

30

29

28

May 2009

### LEGEND

- Well
- Town
- Stock Pond
- Basin Boundary
- Sub-Area Boundary
- Section Boundary



N
W   E
S

1 inch = 800 feet

490   245   0   490
Feet

Zuni River Basin
Hydrographic Survey

**Sub-Area 3**
**Subfile Number: ZRB-4-0462**
**PLSS: S20, T11N, R15W**
**Sheet 1 of 1**



**Natural Resources Consulting Engineers, Inc.**

Fort Collins, CO     Oakland, CA     Asmara, ERITREA

Project Manager: L. Niel Allen, P.E., Ph.D.