IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, for Itself and as Trustee for the Zuni Indian Tribe, Navajo Nation and Ramah Band of Navajos<br>and<br>STATE OF NEW MEXICO, ex rel. STATE ENGINEER,<br><br>    Plaintiffs,<br>and<br><br>ZUNI INDIAN TRIBE,<br>NAVAJO NATION,<br><br>    Plaintiffs in Intervention,<br>v.<br><br>STATE OF NEW MEXICO COMMISSIONER OF PUBLIC LANDS,<br>and<br>A & R PRODUCTIONS, et al.,<br><br>    Defendants. | No. 01cv00072-BB<br><br>ZUNI RIVER BASIN ADJUDICATION<br><br>Sub-areas 1, 2, and 3 excluding Ramah<br><br>**Subfile No:**   ZRB-4-0465 |

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiffs, the United States of America ("United States") and the State of New Mexico ex rel. State Engineer

## JAMES AMSLER

("Defendant") concerning the Defendant's right(s) to use the public waters of the Zuni River Stream System, Sub-areas 1, 2, and 3 excluding Ramah, as set forth below FINDS:

1. The Court has jurisdiction over the United States, the State, the Defendant and the subject matter of this suit.

2. As evidenced by the parties' signatures below, the United States, the State, and the Defendant are in agreement concerning all elements of the right(s) of the Defendant set forth in paragraph 4 of this Consent Order to divert and use the public waters of the Zuni River Stream System, Sub-areas 1, 2, and 3 excluding Ramah. This Consent Order and the parties' respective signatures below evidence the entire agreement between the United States, the State, and the Defendant regarding the elements of the water right(s) adjudicated by this Consent Order.

3. There is no just reason to delay entry of this Consent Order as a final judgment as between the United States, the State, and the Defendant regarding the elements of the claims of the Defendant adjudicated by this Consent Order.

4. The right(s) of the Defendant to divert and use the public waters of the Zuni River Stream System, Sub-areas 1, 2, and 3 excluding Ramah, is as set forth below:

**WELL**

| | |
|---|---|
| **Map Label:** | 3B-4-W176 |
| **OSE File No:** | G 02552 |
| **Priority Date:** | 5/11/2006 |
| **Purpose of Use:** | 72-12-1 DOMESTIC ONE HOUSEHOLD |
| **Well Location:** | As shown on Hydrographic Survey Map 3B-4 |

S. 12   T. 11N   R. 16W   1/4, 1/16, 1/64: NW   NE   NE
**X (ft):** 2,530,263   **Y (ft):** 1,530,606
New Mexico State Plane Coordinate System, West Zone, NAD 1983

---

Consent Order         Page 2         **Subfile No:**   ZRB-4-0465

**Amount of Water (ac-ft per annum):**   Historical beneficial use not to exceed 0.7 ac-ft per annum;

5. Defendant has no right to divert and use the public waters of the Zuni River Stream System, Sub-areas 1, 2, and 3 excluding Ramah, except as set forth in this Consent Order and other orders entered by this Court in this cause.

6. The Defendant, and Defendant's successors, representatives, heirs and assigns, should be enjoined from any diversion or use of the public waters of the Zuni River Stream System, Sub-areas 1, 2, and 3 excluding Ramah, except in strict accordance with this Consent Order and other orders of the Court in this cause.

7. The water right(s) described herein, if any, are adjudicated as between the United States, the State, and the Defendant, subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the right(s) of the Defendant to divert and use the public waters of the Zuni River Stream System, Sub-areas 1, 2, and 3 excluding Ramah, are adjudicated as set forth herein, as between the United States, the State, and the Defendant. The Defendant, and Defendant's successors, representatives, heirs and assigns, are hereby enjoined from any diversion or use of the public waters of the Zuni River Stream System, Sub-areas 1, 2, and 3 excluding Ramah, except in strict accordance with this Consent Order and other orders of this Court in this cause. The Court enters this Consent Order as a partial final judgment, binding on the United States, the State, and the Defendant as to the elements of Defendant's water right(s) set forth herein, subject to the right of any other water right claimant with standing to object prior to the entry of a final decree, and subject to the terms of the final decree in this proceeding.

*[signature: Bruce D. Black]*

BRUCE D. BLACK
UNITED STATES DISTRICT
JUDGE

Recommended for approval:

*[signature: Vickie L. Gabin]*

VICKIE L. GABIN
SPECIAL MASTER

ACCEPTED: *[signature: James Amsler]*  8-23-09
JAMES AMSLER                          DATE

ADDRESS:  JAMES R. AMSLER
          P.O. BOX 1067
          ~~TONTO BASIN, AZ 85553~~

COUNSEL FOR THE DEFENDANT (IF REPRESENTED):

_____        _____
                                       DATE

COUNSEL FOR THE UNITED STATES:

*[signature: Bradley S. Bridgewater]*   7/14/09
BRADLEY S. BRIDGEWATER                  DATE
U.S. Department of Justice
1961 Stout Street – 8th Floor
Denver, CO 80294
(303) 844-1359

COUNSEL FOR THE STATE OF NEW MEXICO *EX REL.* STATE ENGINEER:

_____   7/16/09
EDWARD C. BAGLEY            DATE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
(505) 827-6150

