IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for Itself and as Trustee for the Zuni Indian Tribe, Navajo Nation and Ramah Band of Navajos, and and STATE OF NEW MEXICO, *ex rel*. State ENGINEER, <br>            Plaintiffs, <br><br>and <br>ZUNI INDIAN TRIBE, NAVAJO NATION, <br>            Plaintiffs-in-Intervention, <br><br>    -v- <br><br>STATE OF NEW MEXICO, COMMISSIONER OF PUBLIC LANDS and A & R PRODUCTIONS, *et al.* <br><br>            Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 01cv072-BB/WDS <br><br>ZUNI RIVER BASIN <br>  ADJUDICATION |

**ORDER**

**THIS MATTER** comes before the Court on the letter to Chief Judge Martha Vazquez from Mr. Peter B. Shoenfeld, dated October 21, 2009, attached as Exhibit 1. Mr. Shoenfeld requests that the Court "require by local rule that counsel filing a pleading or other document identify the party to whom the pleading pertains." A local rule is unnecessary. Pursuant to this Order, all persons, including the Court and the Special Master, filing documents which pertain to particular individuals or subfiles in this case shall identify the parties to whom the document pertains and, as appropriate, the subfile numbers associated with the affected party, in the docket entry text. See Exhibit 1 for examples of sufficiently detailed docket entries.

**IT IS SO ORDERED.**

*[signature: Bruce D. Black]*

DISTRICT JUDGE

Recommended for entry:

*[signature: Vickie L. Gabin]*

SPECIAL MASTER