IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF NEW MEXICO, *ex rel.* STATE ENGINEER, <br><br>　　　　Plaintiffs, <br><br> and <br><br> ZUNI INDIAN TRIBE, NAVAJO NATION, <br><br>　　　　Plaintiffs in Intervention, <br><br>　　v. <br><br> A&R PRODUCTIONS, et al. <br><br>　　　　Defendants. | No. 01cv72-BB <br><br> ZUNI RIVER BASIN ADJUDICATION |

**ORDER GRANTING MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT**

　　This matter is before the Court upon the motion of the Plaintiff United States of America ("United States") to join additional parties defendant filed November 17, 2009 (Docket No. 2475).

　　The Court finds that the motion is well-taken and should be GRANTED.

　　IT IS THEREFORE ORDERED that the persons named below are hereby joined as parties defendant to this civil action:

　　　　　　　　DANNY STOKES
　　　　　　　　P.O. BOX 520
　　　　　　　　VELARDE, NM 87528

　　　　　　　　BRUCE MCINTYRE
　　　　　　　　836 ARIZONA STREET, SE
　　　　　　　　ALBUQUERQUE, NM 87108

JOHN DAVEY
P.O. BOX 265
CERRILLOS, NM 87010

KARL ANDERSON
HC 60, BOX 8N
FENCE LAKE, NM 87315

DONNA ANDERSON
HC 60, BOX 8N
FENCE LAKE, NM 87315

STEVE MORSE
1547 SE 59TH STREET
OCALA, FL 34480

PETER CARLSON
1625 LOS BEROS ROAD
ARROYO GRANDE, AZ 93429

MARILYN CARLSON
1625 LOS BEROS ROAD
ARROYO GRANDE, AZ 93420

DENNIS GILLILAN
PO BOX 391758
ANZA, CA 92539

PAMELA KAMINSKI
537 NORTH AVENUE EAST
WESTFIELD, NJ 07090

JOHN MAYER
537 NORTH AVENUE EAST
WESTFIELD, NJ 07090

LINDA BRYANT
1011 E. MADDOCK ROAD
PHEONIX, AZ 85806

TIMOTHY BRYANT
1011 E. MADDOCK ROAD
PHEONIX, AZ 85806

GORDON HART
8261 COUNTY ROAD 17
ANTONITO, CO 81120

MARY HART
8261 COUNTY ROAD 17
ANTONITO, CO 81120

DEBORAH FAULKNER
1316 CORONADO STREET
LAS CRUCES, NM 88005

DOLORES KATES
1316 CORONADO STREET
LAS CRUCES, NM 88005

KEVIN ZAJICEK
HC 61, BOX 59
RAMAH, NM 87321

KARLENE ZAJICEK
HC 61 BOX 59
RAMAH, NM 87321

DAVID JIPP
PO BOX 388
RAMAH, NM 87321

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

_____
VICKIE L. GABIN
SPECIAL MASTER

*Order Granting Motion to Join Additional Party Defendant*, Page 3