IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, for Itself and )
as Trustee for the Zuni Indian Tribe, Navajo Nation )
and Ramah Band of Navajos, and )
and )
STATE OF NEW MEXICO, *ex rel*. State )
ENGINEER, )
       Plaintiffs, )
 )
and ) 01cv072-BB/WDS
ZUNI INDIAN TRIBE, NAVAJO NATION, )
       Plaintiffs-in-Intervention, ) ZUNI RIVER BASIN
 )   ADJUDICATION
    -v- )
 )
STATE OF NEW MEXICO, COMMISSIONER )
OF PUBLIC LANDS and A & R PRODUCTIONS, )
*et al.* )
 )
       Defendants. )
 )

**ORDER**

**THIS MATTER** comes on before the Court on the Special Master's Report on Motion to Withdraw General Entries of Appearance and File a Limited Entry of Appearance on Certain Issues (September 29, 2009, Doc. No. 2434). There having been no objections filed, Fed. R. Civ. P. 53(f), the Court finds that the Special Master's recommendations should be, and shall be ADOPTED.

IT IS ORDERED, THEREFORE, that the motion to withdraw entries of appearance by counsel for the Western New Mexico Water Preservation Association is denied as moot.

IT IS FURTHER ORDERED that the motion for leave to enter a limited entry of appearance is denied. Counsel is granted leave to refile such a motion under the appropriate circumstances.

                                                                  DISTRICT JUDGE