IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>and )<br>STATE OF NEW MEXICO, *ex rel*. STATE )<br>ENGINEER, )<br>     )<br>    Plaintiffs, )<br>     ) No. 01cv00072-BB/WDS<br>and )<br>     ) ZUNI RIVER BASIN<br>ZUNI INDIAN TRIBE, NAVAJO NATION, ) ADJUDICATION<br>     )<br>    Plaintiffs in Intervention, )<br>     )<br>    v. )<br>     )<br>A&R PRODUCTIONS, et al. )<br>     )<br>    Defendants. )<br>_____ ) | |

**ORDER GRANTING MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT**

This matter is before the Court upon the motion of the Plaintiff United States of America ("United States") to join additional parties defendant filed December 2, 2009 (Docket No. 2484).

The Court finds that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the persons named below are hereby joined as parties defendant to this civil action:

        BETHRA M. SZUMSKI
        1893 HICKORY ROAD
        CHEMBLEE, GA 30341

        BARBARA YETTE
        P.O. BOX 769
        RAMAH, NM 87321

GILBERT YETTE
P.O. BOX 769
RAMAH, NM 87321

LINDA R. MURPHY
506 DEFIANCE AVE
GALLUP, NM 87301

RICHARD D. MURPHY
506 DEFIANCE AVE
GALLUP, NM 87301

ALAN F. BALOK
P.O. BOX 5052
GALLUP, NM 87301

JO MARIE BALOK
P.O. BOX 5052
GALLUP, NM 87305


_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

_____
VICKIE L. GABIN
SPECIAL MASTER