**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA, for Itself
and as Trustee for the Zuni Indian Tribe, Navajo
Nation and Ramah Band of Navajos
and
STATE OF NEW MEXICO, ex rel. STATE
ENGINEER,

      Plaintiffs,
and

ZUNI INDIAN TRIBE,
NAVAJO NATION,

      Plaintiffs in Intervention,
v.

STATE OF NEW MEXICO COMMISSIONER
OF PUBLIC LANDS,
and
A & R PRODUCTIONS, et al.,

      Defendants.

No. 01cv00072-BBE

ZUNI RIVER BASIN
ADJUDICATION

Sub-area 7

**Subfile No:**   ZRB-3-0170

## CONSENT ORDER

    The Court, having considered the agreement between the Plaintiffs, the United States of

America ("United States") and the State of New Mexico ex rel. State Engineer ("State"), and:

<u>MICHAEL ZINN & JOANNE C. SNOWDON</u>

("Defendant") concerning the Defendant's right(s) to use the public waters of the Zuni River

Stream System, Sub-area 7, as set forth below FINDS:

1.      The Court has jurisdiction over the United States, the State, the Defendant and the subject matter of this suit.

2.      As evidenced by the parties' signatures below, the United States, the State, and the Defendant are in agreement concerning all elements of the right(s) of the Defendant set forth in paragraph 4 of this Consent Order to divert and use the public waters of the Zuni River Stream System, Sub-area 7. This Consent Order and the parties' respective signatures below evidence the entire agreement between the United States, the State, and the Defendant regarding the elements of the water right(s) adjudicated by this Consent Order.

3.      There is no just reason to delay entry of this Consent Order as a final judgment as between the United States, the State, and the Defendant regarding the elements of the claims of the Defendant adjudicated by this Consent Order.

4.      The right(s) of the Defendant to divert and use the public waters of the Zuni River Stream System, Sub-area 7, is as set forth below:

## WELL

| | |
|---|---|
| **Map Label:** | 7B-3-W30 |
| **OSE File No:** | None |
| **Priority Date:** | 1/1/1968 |
| **Purpose of Use:** | NON 72-12-1 DOMESTIC & LIVESTOCK |
| **Well Location:** | As shown on Hydrographic Survey Map 7B-3 |

**S.** 23   **T.** 08N   **R.** 16W   **1/4, 1/16, 1/64:** NE   NW   SW

**X (ft):** 2,525,246        **Y (ft):** 1,424,042

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Amount of Water (ac-ft per annum):**   Historical beneficial use not to exceed 3.02 acre-feet per annum;

---

5.      Defendant has no right to divert and use the public waters of the Zuni River Stream System, Sub-areas 7, except as set forth in this Consent Order and other orders entered by this Court in this cause.

6.      The Defendant, and Defendant's successors, representatives, heirs and assigns, should be enjoined from any diversion or use of the public waters of the Zuni River Stream System, Sub-areas 7, except in strict accordance with this Consent Order and other orders of the Court in this cause.

7.      The water right(s) described herein, if any, are adjudicated as between the United States, the State, and the Defendant, subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the right(s) of the Defendant to divert and use the public waters of the Zuni River Stream System, Sub-areas 7, are adjudicated as set forth herein, as between the United States, the State, and the Defendant. The Defendant, and Defendant's successors, representatives, heirs and assigns, are hereby enjoined from any diversion or use of the public waters of the Zuni River Stream System, Sub-areas 7, except in strict accordance with this Consent Order and other orders of this Court in this cause.  The Court enters this Consent Order as a partial final judgment, binding on the United States, the State, and the Defendant as to the elements of Defendant's water right(s) set forth herein, subject to the right of any other water right claimant with standing to object prior to the entry of a final decree, and subject to the terms of the final decree in this proceeding.

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

VICKIE L. GABIN
SPECIAL MASTER

ACCEPTED: _____   12/11/09
MICHAEL ZINN                         DATE

_____   12/11/09
JOANNE C. SNOWDON                    DATE

ADDRESS:   425 CANDY KITCHEN RD   PINE HILL, 87357

_____


**COUNSEL FOR THE DEFENDANT (IF REPRESENTED):**

_____   12/11/09
                          DATE


**COUNSEL FOR THE UNITED STATES:**

_____   1/12/2010
BRADLEY S. BRIDGEWATER               DATE
U.S. Department of Justice
1961 Stout Street - 8th Floor
Denver, CO 80294
(303) 844-1359

---

Consent Order                    Page 4            **Subfile No**      ZRB-3-0170

**COUNSEL FOR THE STATE OF NEW MEXICO** *EX REL.* **STATE ENGINEER:**

_____        8/12/08
Special Assistant Attorney General        _____
Office of the State Engineer              DATE
P.O. Box 25102
Santa Fe, NM 87504
(505) 827-6150

---

Consent Order                Page 5                **Subfile No**        ZRB-3-0170

15    14    13

7B-3-W30

22    23    24

27    26    25

March 2006

**LEGEND**



N
W    E
S

1 inch equals 800 feet

500    250    0    500
Feet

- ⊙ Well
- ▭ Stock Pond
- ▭ Sub-Area Boundary
- ▭ Section Boundary

Zuni River Basin
Hydrographic Survey

**Sub-Area 7**
**Subfile Number: ZRB-3-0170**
**PLSS: S23, T08N, R16W**
**Sheet 1 of 1**



**Natural Resources Consulting Engineers, Inc.**

Fort Collins, CO      Oakland, CA      Asmara, ERITREA

Project Manager:  L. Niel Allen, P.E., Ph.D.