IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) ) ) | |
| and | ) | 01cv00072-BB |
| ZUNI INDIAN TRIBE , ad NAVAJO NATION, | ) | |
| Plaintiffs-in-Intervention, | ) ) | ZUNI RIVER BASIN ADJUDICATION |
| -v- | ) ) | |
| A & R PRODUCTIONS, *et al.* | ) ) | |
| Defendants. | ) ) | |

## ORDER

THIS MATTER is before me on the January 22, 2010 Motion of the Special Master for Interim Fees and Expenses (Docket No. 2513). Having reviewed the Special Master's Motion, status report and invoices, having received no objection thereto, and being otherwise fully advised in the premises,

I HEREBY APPROVE the work performed and the manner by which fees and expenses for the Special Master, the Data Manager and the Administrative Assistant incurred between July 1, 2009 and December 31, 2009 have been paid from the court account.

IT IS SO ORDERED.

*[signature: Bruce D. Black]*

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE