IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>and )<br>STATE OF NEW MEXICO, *ex rel*. STATE )<br>ENGINEER, )<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiffs, )<br>　　　　　　　　　　　　　　　　　　　) No. 01cv00072-BB/WDS<br>and )<br>　　　　　　　　　　　　　　　　　　　) ZUNI RIVER BASIN<br>ZUNI INDIAN TRIBE, NAVAJO NATION, ) ADJUDICATION<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiffs in Intervention, )<br>　　　　　　　　　　　　　　　　　　　)<br>　　　v. )<br>　　　　　　　　　　　　　　　　　　　)<br>A&R PRODUCTIONS, et al. )<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　　Defendants. )<br>_____) | |

**ORDER GRANTING MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT**

　　　　　This matter is before the Court upon the motion of the Plaintiff United States of America ("United States") to join additional parties defendant filed January 28, 2010 (Docket No. 2515).

　　　　　The Court finds that the motion is well-taken and should be GRANTED.

　　　　　IT IS THEREFORE ORDERED that the persons named below are hereby joined as parties defendant to this civil action:

　　　　　　　　　JERRY CLARK
　　　　　　　　　2737 LA BRUCHERIE ROAD
　　　　　　　　　IMPERIAL, CA 92251

　　　　　　　　　VIRGINIA CLARK
　　　　　　　　　2737 LA BRUCHERIE ROAD
　　　　　　　　　IMPERIAL, CA 92251

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

_____
VICKIE L. GABIN
SPECIAL MASTER

*Order Granting Motion to Join Additional Parties Defendant*, Page 2