IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, and
STATE OF NEW MEXICO, ex rel. STATE
ENGINEER,

       Plaintiffs,

and

ZUNI INDIAN TRIBE, NAVAJO NATION,

       Plaintiffs in Intervention,

v.

A & R PRODUCTIONS, et al.,

       Defendants.

**No. 01cv00072-BB/MDS**

ZUNI RIVER BASIN
ADJUDICATION

**Subfile No:**   ZRB-2-0117

## ORDER GRANTING DEFAULT JUDGMENT

THIS MATTER is before the Court upon the following Motion for

Default Judgment filed by Plaintiffs United States of America ("United States") and

State of New Mexico ex rel. State Engineer ("State"):

February 4, 2010 *Motion for Default Judgment,* Document No.2518

The Court, being fully advised, finds that the Plaintiffs' motion is well-taken and should

be GRANTED.  Upon the record, the Court finds:

      1.  The Court has jurisdiction of the parties and the subject matter herein.

      2.  Each defendant named below has been legally served with process or

has waived service of summons.

      3.  Each defendant named below has failed to comply with the applicable

procedural and scheduling orders and to appear, answer, or otherwise defend in the

indicated subfile, and is adjudged to be in default.

   4.  The portions of the Zuni River Basin Adjudication Hydrographic Survey Report for Subareas 9  10 (October 2005, as amended), prepared by Natural Resources Consulting Engineers, Inc. under contract to the United States, relating to the water rights of each defendant named herein have been introduced into the record and the same are hereby incorporated as the evidentiary basis of the water rights described in the order.

   5.  The water rights of each defendant named below in the above-styled and captioned civil action are as follows:

**LINDA CRAWFORD & SCOTT CRAWFORD**

**Subfile No:  ZRB-2-0117**

**WELL**

  **Map Label:**   10B-5-W35

  **OSE File No:**  G 02719

  **Priority Date:**  7/3/2008

  **Purpose of Use:**  72-12-1 DOMESTIC & LIVESTOCK WATERING

  **Well Location:**  As shown on Hydrographic Survey Map

   **S.** 21  **T.** 05N  **R.** 17W  **1/4, 1/16, 1/64:** NE SE NE

   **X (ft):** 2,484,312   **Y (ft):**  1,328,622

   New Mexico State Plane Coordinate System, West Zone, NAD 1983

  **Amount of Water (ac-ft per annum):** Historical beneficial use not to exceed 0.7 acre-feet per annum;

WHEREFORE IT IS HEREBY ORDERED AND ADJUDGED that the

water rights of each defendant named above are as set forth herein, subject to the right of

any other water rights claimant with standing to object prior to the entry of a final decree

IT IS FURTHER ORDERED that each defendant named herein, and his or

her successors, representatives, heirs and assigns, are HEREBY ENJOINED from any

diversion or use of the waters of the Zuni River Stream System, except in strict

accordance with this order or other orders of this Court in this civil action.


_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE


Recommended for approval:

_____
VICKIE L. GABIN
SPECIAL MASTER



10B-5-W35

**LEGEND**

- ⊙ Well
- ▭ Stock Pond
- ▭ Sub-Area Boundary
- ▭ Section Boundary

N
W E
S

1 inch = 800 feet

500   250   0   500

Feet

Zuni River Basin
Hydrographic Survey

May 2009

**Sub-Area 10**
**Subfile Number: ZRB-2-0117**
**PLSS: S21, T05N, R17W**
**Sheet 1 of 1**

NRCE®

**Natural Resources Consulting Engineers, Inc.**

Fort Collins, CO      Oakland, CA      Asmara, ERITREA

Project Manager:  L. Niel Allen, P.E., Ph.D.