IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> and ) <br> STATE OF NEW MEXICO, *ex rel*. STATE ) <br> ENGINEER, ) <br>   ) <br>       Plaintiffs, ) <br>   ) <br> and ) <br>   ) <br> ZUNI INDIAN TRIBE, NAVAJO NATION, ) <br>   ) <br>       Plaintiffs in Intervention, ) <br>   ) <br>    v. ) <br>   ) <br> A&R PRODUCTIONS, et al. ) <br>   ) <br>       Defendants. ) <br>   ) | No. 01cv00072 BB/WDS <br><br> ZUNI RIVER BASIN <br> ADJUDICATION <br><br> Subfile No. ZRB-4-0328 |

**ORDER GRANTING MOTION TO VACATE CONSENT ORDER**

      This matter is before the Court upon the *Motion to Vacate Consent Order* filed May 3, 2010 by the Plaintiffs United States of America and State of New Mexico *ex rel*. State Engineer (No. 2561).

      The Court has reviewed the Motion, and for good cause shown, finds that it should be GRANTED.

      IT IS THEREFORE ORDERED that the Consent Order filed March 8, 2007 (No. 1067) concerning Subfile No. ZRB-4-0328 and the Defendants Joseph Coia, Jr. and Dorothy Coia IS HEREBY VACATED.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

_____
VICKIE L. GABIN
SPECIAL MASTER