IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>and<br>STATE OF NEW MEXICO, *ex rel*. STATE ENGINEER,<br><br>      Plaintiffs,<br><br>and<br><br>ZUNI INDIAN TRIBE, NAVAJO NATION,<br><br>      Plaintiffs in Intervention,<br><br>      v.<br><br>A&R PRODUCTIONS, et al.<br><br>      Defendants. | No. 01cv00072-BB/WDS<br><br>ZUNI RIVER BASIN ADJUDICATION |

**ORDER GRANTING MOTION TO AMEND PROCEDURAL AND SCHEDULING ORDERS**

This matter is before the Special Master upon the *Motion to Amend Procedural and Scheduling Orders* filed by the Plaintiff United States of America ("United States") on April 21, 2010 [No. 2558].

The Special Master finds that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that first line of Paragraph III.C.3 of each of the following procedural and scheduling orders BE, AND HEREBY IS, AMENDED by substituting "may" for the word "shall:"

> *Amended Procedural and Scheduling Order for the Adjudication of Water Rights Claims in Sub-Areas 4 and 8 of the Zuni River Stream System*, filed September 8, 2005 [No. 387];

*Procedural and Scheduling Order for the Adjudication of Water Rights Claims in Sub-Areas 9 and 10 of the Zuni River Stream System*, filed December 14, 2005 [No. 436];

*Procedural and Scheduling Order for the Adjudication of Water Rights Claims in Sub-Area 7 of the Zuni River Stream System*, filed March 7, 2006 [No. 561];

*Procedural and Scheduling Order for the Adjudication of Water Rights Claims in Sub-Areas 1, 2, and 3 (Excluding Ramah) of the Zuni River Stream System*, filed September 28, 2006 [No. 838]; and

*Procedural and Scheduling Order for the Adjudication of Water Rights Claims*, filed January 11, 2007 [No. 954].

VICKIE L. GABIN  
SPECIAL MASTER