**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA, for Itself and as Trustee for the Zuni Indian Tribe, Navajo Nation and Ramah Band of Navajos
and
STATE OF NEW MEXICO, ex rel. STATE ENGINEER,

Plaintiffs,
and

ZUNI INDIAN TRIBE,
NAVAJO NATION,

Plaintiffs in Intervention,
v.

STATE OF NEW MEXICO COMMISSIONER OF PUBLIC LANDS,
and
A & R PRODUCTIONS, et al.,

Defendants.

**No. 01cv00072-BB**

ZUNI RIVER BASIN ADJUDICATION

Sub-areas 1, 2, and 3 excluding Ramah

**Subfile No:** ZRB-4-0182

**CONSENT ORDER**

The Court, having considered the agreement between the Plaintiffs, the United States of America ("United States") and the State of New Mexico ex rel. State Engineer

PEGGY NELL HILKER, TRUSTEE OF THE PEGGY NELL HILKER LIVING TRUST DATED MAY 9, 2006

("Defendant") concerning the Defendant's right(s) to use the public waters of the Zuni River Stream System, Sub-areas 1, 2, and 3 excluding Ramah, as set forth below FINDS:

1. The Court has jurisdiction over the United States, the State, the Defendant and the subject matter of this suit.

2. As evidenced by the parties' signatures below, the United States, the State, and the Defendant are in agreement concerning all elements of the right(s) of the Defendant set forth in paragraph 4 of this Consent Order to divert and use the public waters of the Zuni River Stream System, Sub-areas 1, 2, and 3 excluding Ramah. This Consent Order and the parties' respective signatures below evidence the entire agreement between the United States, the State, and the Defendant regarding the elements of the water right(s) adjudicated by this Consent Order.

3. There is no just reason to delay entry of this Consent Order as a final judgment as between the United States, the State, and the Defendant regarding the elements of the claims of the Defendant adjudicated by this Consent Order.

4. The right(s) of the Defendant to divert and use the public waters of the Zuni River Stream System, Sub-areas 1, 2, and 3 excluding Ramah, is as set forth below:

**WELL**

**Map Label:** 3B-4-W124

**OSE File No:** None

**Priority Date:** 3/13/1994

**Purpose of Use:** NON 72-12-1 DOMESTIC

**Well Location:** As shown on Hydrographic Survey Map 3B-4

**S.** 13 **T.** 11N **R.** 16W **1/4, 1/16, 1/64:** SW SE SW

**X (ft):** 2,529,847 **Y (ft):** 1,520,690

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Amount of Water (ac-ft per annum):** Historical beneficial use not to exceed 0.7 ac-ft per annum;

5. Defendant has no right to divert and use the public waters of the Zuni River Stream System, Sub-areas 1, 2, and 3 excluding Ramah, except as set forth in this Consent Order and other orders entered by this Court in this cause.

6. The Defendant, and Defendant's successors, representatives, heirs and assigns, should be enjoined from any diversion or use of the public waters of the Zuni River Stream System, Sub-areas 1, 2, and 3 excluding Ramah, except in strict accordance with this Consent Order and other orders of the Court in this cause.

7. The water right(s) described herein, if any, are adjudicated as between the United States, the State, and the Defendant, subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the right(s) of the Defendant to divert and use the public waters of the Zuni River Stream System, Sub-areas 1, 2, and 3 excluding Ramah, are adjudicated as set forth herein, as between the United States, the State, and the Defendant. The Defendant, and Defendant's successors, representatives, heirs and assigns, are hereby enjoined from any diversion or use of the public waters of the Zuni River Stream System, Sub-areas 1, 2, and 3 excluding Ramah, except in strict accordance with this Consent Order and other orders of this Court in this cause. The Court enters this Consent Order as a partial final judgment, binding on the United States, the State, and the Defendant as to the elements of Defendant's water right(s) set forth herein, subject to the right of any other water right claimant with standing to object prior to the entry of a final decree, and subject to the terms of the final decree in this proceeding.

Bruce D. Black

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

Vickie L. Gabin

VICKIE L. GABIN
SPECIAL MASTER

ACCEPTED: Peggy Nell Hilker 1/3/11

PEGGY NELL HILKER, TRUSTEE OF THE PEGGY NELL HILKER LIVING TRUST DATED MAY 9, 2006 — DATE

ADDRESS: 1410 E. Birch Street
Globe, AZ 85501

**COUNSEL FOR THE DEFENDANT (IF REPRESENTED):**

_______________________________ _______________
DATE

**COUNSEL FOR THE UNITED STATES:**

Bradley S. Bridgewater 1/25/2010

BRADLEY S. BRIDGEWATER — DATE
U.S. Department of Justice
1961 Stout Street – 8th Floor
Denver, CO 80294
(303) 844-1359

**COUNSEL FOR THE STATE OF NEW MEXICO *EX REL.* STATE ENGINEER:**

EDWARD C. BAGLEY
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
(505) 827-6150

1/25/2010
DATE


11
12
7
14
13
18
23
24
19
3B-4-W124
LEGEND
Well
Town
Stock Pond
Basin Boundary
Sub-Area Boundary
Section Boundary
N
W
E
S
1 inch equals 800 feet
500
250
0
500
Feet
Zuni River Basin
Hydrographic Survey
October 2006
Sub-Area 3
Subfile Number: ZRB-4-0182
PLSS: S13, T11N, R16W
Sheet 1 of 1
NRCE
Natural Resources Consulting Engineers, Inc.
Fort Collins, CO
Oakland, CA
Asmara, ERITREA
Project Manager: L. Niel Allen, P.E., Ph.D.