IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, for Itself
and as Trustee for the Zuni Indian Tribe, Navajo
Nation and Ramah Band of Navajos
and
STATE OF NEW MEXICO, ex rel. STATE
ENGINEER,

       Plaintiffs,
and

ZUNI INDIAN TRIBE,
NAVAJO NATION,

       Plaintiffs in Intervention,
v.

STATE OF NEW MEXICO COMMISSIONER
OF PUBLIC LANDS,
and
A & R PRODUCTIONS, et al.,

       Defendants.

No. 01cv00072-BB

ZUNI RIVER BASIN
ADJUDICATION

Sub-areas  4 and 8

Subfile No:   ZRB-1-0100

## CONSENT ORDER

      The Court, having considered the agreement between the Plaintiffs, the United States of
America ("United States") and the State of New Mexico ex rel. State Engineer ("State"), and:

## JOANN STRICKLAND TRUST

("Defendant") concerning the Defendant's right(s) to use the public waters of the Zuni River

Stream System, Sub-areas 4 and 8, as set forth below FINDS:

---

1.     The Court has jurisdiction over the United States, the State, the Defendant and the subject matter of this suit.

2.     As evidenced by the parties' signatures below, the United States, the State, and the Defendant are in agreement concerning all elements of the right(s) of the Defendant set forth in paragraph 4 of this Consent Order to divert and use the public waters of the Zuni River Stream System, Sub-areas 4 and 8. This Consent Order and the parties' respective signatures below evidence the entire agreement between the United States, the State, and the Defendant regarding the elements of the water right(s) adjudicated by this Consent Order.

3.     There is no just reason to delay entry of this Consent Order as a final judgment  between the United States, the State, and the Defendant regarding the elements of the claims of the Defendant adjudicated by this Consent Order.

4.     The right(s) of the Defendant to divert and use the public waters of the Zuni River Stream System, Sub-areas 4 and 8, is as set forth below:

**STOCK POND**

| | |
|---|---|
| **Map Label:** | 8A-2-SP01 |
| **Purpose of  Use:** | LIVESTOCK |
| **Priority date:** | 1/1/1940 |
| **Source of Water:** | Surface Runoff |
| **Point of Diversion:** | Not Applicable |

**Amount of Water:**

**Depth (ft):** 4.0

**Surface Area (sq.ft):**  4,960

**Storage Impoundment Volume (ac-ft):**  0.273

**Pond Location:** As shown on Hydrographic Survey Map 8A-2

---

**S.** 35   **T.** 09N   **R.** 14W   **1/4, 1/16, 1/64:** SE   NW   SW

**X(ft):** 2,588,005      **Y(ft):** 1,442,231

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**


## STOCK POND

| | |
|---|---|
| **Map Label:** | 8A-2-SP27 |
| **Purpose of Use:** | LIVESTOCK |
| **Priority date:** | 1/1/1930 |
| **Source of Water:** | Surface Runoff |
| **Point of Diversion:** | Not Applicable |

**Amount of Water:**

    **Depth (ft):** 3.0

    **Surface Area (sq.ft):**  7,611

    **Storage Impoundment Volume (ac-ft):**   0.315

**Pond Location:**   As shown on Hydrographic Survey Map 8A-2

**S.** 35   **T.** 09N   **R.** 14W   **1/4, 1/16, 1/64:** SW   SW   SW

**X(ft):** 2,585,362      **Y(ft):** 1,441,211

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**


## STOCK POND

| | |
|---|---|
| **Map Label:** | 8A-2-SP32 |
| **Purpose of Use:** | LIVESTOCK |
| **Priority date:** | 1/1/1940 |
| **Source of Water:** | Surface Runoff |

---

**Point of Diversion:**  Not Applicable

**Amount of Water:**

    **Depth (ft):** 2.0

    **Surface Area (sq.ft):**  9,434

    **Storage Impoundment Volume (ac-ft):**  0.260

**Pond Location:**  As shown on Hydrographic Survey Map 8A-2

    **S.** 35  **T.** 09N  **R.** 14W  **1/4, 1/16, 1/64:** NE   SW   NE

    **X(ft):** 2,589,058     **Y(ft):** 1,444,161

    New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**


## STOCK POND

    **Map Label:**        8A-2-SP33

    **Purpose of Use:**    LIVESTOCK

    **Priority date:**      1/1/1940

    **Source of Water:**   Well

    **Point of Diversion:**  Fills from well 8B-1-W03 (Location X(ft): 2,591,396; Y(ft): 1,453,778);

    **Amount of Water:**

        **Depth (ft):** 3.5

        **Surface Area (sq.ft):**  8,250

        **Storage Impoundment Volume (ac-ft):**  0.398

**Pond Location:**  As shown on Hydrographic Survey Map 8A-2

    **S.** 26  **T.** 09N  **R.** 14W  **1/4, 1/16, 1/64:** SE   NE   NW

    **X(ft):** 2,589,660     **Y(ft):** 1,448,584

    New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**

---

## STOCK POND

| | |
|---|---|
| **Map Label:** | 8A-2-SP34 |
| **Purpose of Use:** | LIVESTOCK |
| **Priority date:** | 1/1/1940 |
| **Source of Water:** | Well |

**Point of Diversion:** Fills from well 8B-1-W03 (Location X(ft): 2,591,396; Y(ft): 1,453,778);

**Amount of Water:**

    **Depth (ft):** 2.5

    **Surface Area (sq.ft):** 7,158

    **Storage Impoundment Volume (ac-ft):** 0.246

**Pond Location:** As shown on Hydrographic Survey Map 8A-2

    **S.** 26   **T.** 09N   **R.** 14W   **1/4, 1/16, 1/64:** NE   SE   SW

    **X(ft):** 2,589,768   **Y(ft):** 1,449,007

    New Mexico State Plane Coordinate System, West Zone, NAD 1983

  **Dam height (if greater than 9 ft):**

## STOCK POND

| | |
|---|---|
| **Map Label:** | 8B-1-SP17 |
| **Purpose of Use:** | LIVESTOCK |
| **Priority date:** | 1/1/1940 |
| **Source of Water:** | Well |

**Point of Diversion:** Fills from well 8B-1-W03 (Location X(ft): 2,591,396; Y(ft): 1,453,778);

**Amount of Water:**

    **Depth (ft):** 6.0

    **Surface Area (sq.ft):** 8,017

---

Storage Impoundment Volume (ac-ft):  0.663

**Pond Location:**  As shown on Hydrographic Survey Map 8B-1

**S.** 24   **T.** 09N   **R.** 14W   **1/4, 1/16, 1/64:** SW   NW   NE

**X(ft):** 2,591,426       **Y(ft):** 1,453,660

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**

## STOCK POND

**Map Label:**            8B-1-SP18

**Purpose of Use:**       LIVESTOCK

**Priority date:**        1/1/1940

**Source of Water:**      Surface Runoff

**Point of Diversion:**   Not Applicable

**Amount of Water:**

**Depth (ft):** 1.5

**Surface Area (sq.ft):**  3,984

**Storage Impoundment Volume (ac-ft):**  0.082

**Pond Location:**  As shown on Hydrographic Survey Map 8B-1

**S.** 24   **T.** 09N   **R.** 14W   **1/4, 1/16, 1/64:** NW   NW   SW

**X(ft):** 2,590,927       **Y(ft):** 1,455,446

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**

## STOCK POND

**Map Label:**            8B-1-SP19

**Purpose of Use:**       LIVESTOCK

**Priority date:**        1/1/1940

**Source of Water:**      Surface Runoff

**Point of Diversion:**   Not Applicable

**Amount of Water:**

    **Depth (ft):** 2.5

    **Surface Area (sq.ft):**  5,121

    **Storage Impoundment Volume (ac-ft):**  0.176

**Pond Location:**  As shown on Hydrographic Survey Map 8B-1

    **S.** 24   **T.** 09N   **R.** 14W   **1/4, 1/16, 1/64:** NW   NW   NW

    **X(ft):** 2,590,758        **Y(ft):**  1,456,605

    New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**


**STOCK POND**

**Map Label:**            8B-1-SP27

**Purpose of Use:**       LIVESTOCK

**Priority date:**        1/1/1940

**Source of Water:**      Surface Runoff

**Point of Diversion:**   Not Applicable

**Amount of Water:**

    **Depth (ft):** 1.5

    **Surface Area (sq.ft):**  1,766

    **Storage Impoundment Volume (ac-ft):**  0.036

**Pond Location:**  As shown on Hydrographic Survey Map 8B-1

    **S.** 20   **T.** 09N   **R.** 13W   **1/4, 1/16, 1/64:** NW   SW   NW

    **X(ft):** 2,601,386        **Y(ft):**  1,454,653

| Consent Order | Page 7 | **Subfile No:**   ZRB-1-0100 |
|---|---|---|

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**

## STOCK POND

| | |
|---|---|
| **Map Label:** | 8B-2-SP02 |
| **Purpose of Use:** | LIVESTOCK |
| **Priority date:** | 1/1/1940 |
| **Source of Water:** | Surface Runoff |
| **Point of Diversion:** | Not Applicable |

**Amount of Water:**

   **Depth (ft):** 4.0

   **Surface Area (sq.ft):** 1,890

   **Storage Impoundment Volume (ac-ft):** 0.104

**Pond Location:** As shown on Hydrographic Survey Map 8B-2

   **S.** 30   **T.** 09N   **R.** 13W   **1/4, 1/16, 1/64:** NW   SW   NE

   **X(ft):** 2,596,478      **Y(ft):** 1,449,314

   New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):** 10

## STOCK POND

| | |
|---|---|
| **Map Label:** | 8B-2-SP03 |
| **Purpose of Use:** | LIVESTOCK |
| **Priority date:** | 1/1/1940 |
| **Source of Water:** | Surface Runoff |
| **Point of Diversion:** | Not Applicable |

**Amount of Water:**

---

**Depth (ft):** 2.0

**Surface Area (sq.ft):**  14,913

**Storage Impoundment Volume (ac-ft):**  0.411

**Pond Location:**  As shown on Hydrographic Survey Map 8B-2

**S.** 30  **T.** 09N  **R.** 13W  **1/4, 1/16, 1/64:** SW  NW  SE

**X(ft):** 2,596,639        **Y(ft):** 1,447,430

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**


## STOCK POND

**Map Label:**          8B-2-SP36

**Purpose of Use:**     LIVESTOCK

**Priority date:**      1/1/1940

**Source of Water:**    Surface Runoff

**Point of Diversion:**  Not Applicable

**Amount of Water:**

**Depth (ft):** 2.5

**Surface Area (sq.ft):**  1,310

**Storage Impoundment Volume (ac-ft):**  0.045

**Pond Location:**  As shown on Hydrographic Survey Map 8B-2

**S.** 33  **T.** 09N  **R.** 13W  **1/4, 1/16, 1/64:** NW  SE  SW

**X(ft):** 2,607,789      **Y(ft):** 1,443,321

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**


## STOCK POND

---

**Map Label:**    8B-2-SP40

**Purpose of Use:**    LIVESTOCK

**Priority date:**    1/1/1940

**Source of Water:**    Surface Runoff

**Point of Diversion:**    Not Applicable

**Amount of Water:**

    **Depth (ft):** 3.5

    **Surface Area (sq.ft):** 5,834

    **Storage Impoundment Volume (ac-ft):** 0.281

**Pond Location:** As shown on Hydrographic Survey Map 8B-2

    **S.** 33   **T.** 09N   **R.** 13W   **1/4, 1/16, 1/64:** SE   NW   NW

    **X(ft):** 2,609,435    **Y(ft):** 1,443,072

    New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**

## STOCK POND

**Map Label:**    8B-2-SP56

**Purpose of Use:**    LIVESTOCK

**Priority date:**    1/1/1940

**Source of Water:**    Surface Runoff

**Point of Diversion:**    Not Applicable

**Amount of Water:**

    **Depth (ft):** 1.5

    **Surface Area (sq.ft):** 1,256

    **Storage Impoundment Volume (ac-ft):** 0.026

**Pond Location:** As shown on Hydrographic Survey Map 8B-2

---

**S.** 29    **T.** 09N    **R.** 13W    **1/4, 1/16, 1/64:** NW    SE    SW

**X(ft):** 2,602,516        **Y(ft):** 1,448,788

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**


## STOCK POND

**Map Label:**            8B-2-SP57

**Purpose of Use:**        LIVESTOCK

**Priority date:**          1/1/1940

**Source of Water:**        Well

**Point of Diversion:**     Fills from well 8B-2-W03 (Location X(ft): 2,603,858;
                            Y(ft):1,446,586);

**Amount of Water:**

    **Depth (ft):** 1.5

    **Surface Area (sq.ft):** 3,430

    **Storage Impoundment Volume (ac-ft):** 0.071

**Pond Location:** As shown on Hydrographic Survey Map 8B-2

**S.** 29    **T.** 09N    **R.** 13W    **1/4, 1/16, 1/64:** SW    SE    NE

**X(ft):** 2,603,727        **Y(ft):** 1,446,598

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**


## STOCK POND

**Map Label:**            8B-2-SP58

**Purpose of Use:**        LIVESTOCK

**Priority date:**          1/1/1940

**Source of Water:**        Surface Runoff

---

**Point of Diversion:**  Not Applicable

**Amount of Water:**

> **Depth (ft):** 3.0
>
> **Surface Area (sq.ft):**  5,448
>
> **Storage Impoundment Volume (ac-ft):**  0.225

**Pond Location:**  As shown on Hydrographic Survey Map 8B-2

> **S.** 29  **T.** 09N  **R.** 13W  **1/4, 1/16, 1/64:** SW  SE  SE
>
> **X(ft):** 2,603,685        **Y(ft):** 1,446,028
>
> New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**


## WELL

> **Map Label:**        8A-2-W06
>
> **OSE File No:**      G 1985/75
>
> **Priority Date:**     12/31/1930
>
> **Purpose of Use:**   NO RIGHT

> **Well Location:**      As shown on Hydrographic Survey Map  8A-2

> **S.** 26  **T.** 09N  **R.** 14W  **1/4, 1/16, 1/64:** SE  NE  NW
>
> **X (ft):** 2,589,619        **Y (ft):** 1,448,532
>
> New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Amount of Water (ac-ft per annum):** 0.0


## WELL

> **Map Label:**        8B-1-W03
>
> **OSE File No:**      G 01976

---

**Priority Date:**      12/31/1928

**Purpose of Use:**      NON 72-12-1 DOMESTIC & LIVESTOCK

**Well Location:**      As shown on Hydrographic Survey Map  8B-1

    **S.**  24  **T.** 09N  **R.**  14W    **1/4, 1/16, 1/64:** SW    NW    NE

    **X (ft):** 2,591,396        **Y (ft):**  1,453,778

    New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Amount of Water (ac-ft per annum):**  Historical beneficial use not to exceed
                                            4.659 acre-feet per annum;

## WELL

    **Map Label:**      8B-1-W05

    **OSE File No:**      G 01974

    **Priority Date:**      12/31/1928

    **Purpose of Use:**      NO RIGHT

    **Well Location:**      As shown on Hydrographic Survey Map  8B-1

    **S.**  24  **T.** 09N  **R.**  14W    **1/4, 1/16, 1/64:** NW    SW    NW

    **X (ft):** 2,590,873        **Y (ft):**  1,455,010

    New Mexico State Plane Coordinate System, West Zone, NAD 1983

    **Amount of Water (ac-ft per annum):**  0.0

## WELL

    **Map Label:**      8B-1-W07

    **OSE File No:**      G 02006

    **Priority Date:**      1/4/1961

    **Purpose of Use:**      NON 72-12-1 LIVESTOCK WATERING

---

**Well Location:**       As shown on Hydrographic Survey Map  8B-1

**S.**  1   **T.** 09N   **R.**  14W   **1/4, 1/16, 1/64:** NE     SW     NW

**X (ft):** 2,593,627        **Y (ft):**  1,470,603

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Amount of Water (ac-ft per annum):** 0.500


## WELL

**Map Label:**        8B-2-W01

**OSE File No:**       G 00751

**Priority Date:**     10/4/1996

**Purpose of Use:**    NO RIGHT

**Well Location:**       As shown on Hydrographic Survey Map  8B-2

**S.** 31   **T.** 09N   **R.**  13W   **1/4, 1/16, 1/64:** SE     SE     SE

**X (ft):** 2,600,898        **Y (ft):**  1,440,977

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Amount of Water (ac-ft per annum):** 0.0


## WELL

**Map Label:**        8B-2-W03

**OSE File No:**       G 02008

**Priority Date:**     8/1/1978

**Purpose of Use:**    NON 72-12-1 LIVESTOCK WATERING

**Well Location:**       As shown on Hydrographic Survey Map  8B-2

---

**S.** 29    **T.** 09N    **R.** 13W    **1/4, 1/16, 1/64:** SE    SW    NW

**X (ft):** 2,603,858        **Y (ft):** 1,446,586

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Amount of Water (ac-ft per annum):** 1.834


## WELL

**Map Label:**          8B-2-W16

**OSE File No:**        G 02742

**Priority Date:**       9/12/2008

**Purpose of Use:**    NO RIGHT

**Well Location:**     As shown on Hydrographic Survey Map  8B-2

**S.** 31    **T.** 09N    **R.** 13W    **1/4, 1/16, 1/64:** SE    SE    SE

**X (ft):** 2,600,735        **Y (ft):** 1,441,120

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Amount of Water (ac-ft per annum):** 0.0


5.      Defendant has no right to divert and use the public waters of the Zuni River Stream System, Sub-areas 4 and 8, except as set forth in this Consent Order and other orders entered by this Court in this cause.

6.      The Defendant, and Defendant's successors, representatives, heirs and assigns, should be enjoined from any diversion or use of the public waters of the Zuni River Stream System, Sub-areas 4 and 8, except in strict accordance with this Consent Order and other orders of the Court in this cause.

---

Consent Order                    Page 15              **Subfile No:**      ZRB-1-0100

7.      The water right(s) described herein, if any, are adjudicated as between the United States, the State, and the Defendant, subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the right(s) of the Defendant to divert and use the public waters of the Zuni River Stream System, Sub-areas 4 and 8, are adjudicated as set forth herein, as between the United States, the State, and the Defendant. The Defendant, and Defendant's successors, representatives, heirs and assigns, are hereby enjoined from any diversion or use of the public waters of the Zuni River Stream System, Sub-areas 4 and 8, except in strict accordance with this Consent Order and other orders of this Court in this cause. The Court enters this Consent Order as a partial final judgment, binding on the United States, the State, and the Defendant as to the elements of Defendant's water right(s) set forth herein, subject to the right of any other water right claimant with standing to object prior to the entry of a final decree, and subject to the terms of the final decree in this proceeding.

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

VICKIE L. GABIN
SPECIAL MASTER

ACCEPTED: *JoAnn Strickland* *Trustee*   12-6-10
JOANN STRICKLAND TRUST                    DATE

ADDRESS: P.O. Box 2554
         Milan, N.M. 87021

**COUNSEL FOR THE DEFENDANT (IF REPRESENTED):**

_____          _____
                                          DATE

**COUNSEL FOR THE UNITED STATES:**

_____          _____
BRADLEY S. BRIDGEWATER                    DATE   10/21/2010
U.S. Department of Justice
1961 Stout Street - 8th Floor
Denver, CO 80294
(303) 844-1359

**COUNSEL FOR THE STATE OF NEW MEXICO** *EX REL.* **STATE ENGINEER:**

_____          Oct. 21, 2010
Special Assistant Attorney General        _____
Office of the State Engineer              DATE
P.O. Box 25102
Santa Fe, NM 87504
(505) 827-6150

---

Consent Order              Page 17         Subfile No:    ZRB-1-0100



8B-1-SP27

January 2005

**LEGEND**
- ⊙ Well
- ● Town
- ▭ Stock Pond
- ▭ Sub-Area Boundary
- ▭ Section Boundary

1 inch equals 800 feet

500   250   0   500
Feet

Zuni River Basin
Hydrographic Survey

**Sub-Area 8**
**Subfile Number: ZRB-1-0100**
**PLSS: S20, T09N, R13W**
**Sheet 1 of 9**

**Natural Resources Consulting Engineers, Inc.**

Fort Collins, CO     Oakland, CA     Asmara, ERITREA

Project Manager:  L. Niel Allen, P.E., Ph.D.



January 2005

**LEGEND**

- ◉ Well
- ● Town
- ▭ Stock Pond
- ▭ Sub-Area Boundary
- ▭ Section Boundary

1 inch equals 800 feet

500  250  0  500
Feet

Zuni River Basin
Hydrographic Survey

**Sub-Area 8**
**Subfile Number: ZRB-1-0100**
**PLSS: S29, T09N, R13W**
**Sheet 2 of 9**

**Natural Resources Consulting Engineers, Inc.**

Fort Collins, CO     Oakland, CA     Asmara, ERITREA

Project Manager: L. Niel Allen, P.E., Ph.D.