IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
_____

UNITED STATES OF AMERICA and
STATE OF NEW MEXICO *ex rel.* STATE
ENGINEER,

      Plaintiffs,

and

ZUNI INDIAN TRIBE and NAVAJO
NATION,

      Plaintiffs in Intervention,

v.

A&R PRODUCTIONS, et al.,

      Defendants.

No. CIV 01-72 BB/WDS
ZUNI RIVER BASIN
ADJUDICATION

## ORDER ON WITHDRAWAL

THIS MATTER is before the Court on the *Withdrawal of Appearance* filed by Stephen G. Hughes on behalf of Defendant New Mexico Commissioner of Public Lands [Doc. 2630]. Pursuant to D.N.M.LR-Civ 83.4(b) and 83.8, with the withdrawal of Mr. Hughes, Defendant New Mexico Commissioner of Public Lands will still be represented by counsel. Accordingly, the Motion is well taken and is GRANTED.

**SO ORDERED this 27th day of April, 2010.**

_____

**BRUCE D. BLACK**
**Chief Judge**