IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF NEW MEXICO, *ex rel*. STATE ENGINEER, <br><br> Plaintiffs, <br><br>and <br><br>ZUNI INDIAN TRIBE, NAVAJO NATION, <br><br> Plaintiffs in Intervention, <br><br>v. <br><br>A&R PRODUCTIONS, et al. <br><br> Defendants. | No. 01cv00072-BB/WDS <br><br> ZUNI RIVER BASIN ADJUDICATION |

**ORDER GRANTING MOTION TO JOIN ADDITIONAL PARTIES DEFENDANT**

This matter is before the Court upon the motion of the Plaintiff United States of America ("United States") to join additional parties defendant filed April 26, 2011 (No. 2652).

The Court finds that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the persons named below are hereby joined as parties defendant to this civil action:

> MICHAEL DUNNIGAN
> 8506 WESLEY ST
> GREENEVILLE, TX  75402
>
> LAWRENCE D. CHASE
> 2509 N. INDIAN RIDGE DR.
> TUCSON, AZ 85715

SHIRLEY CHASE
2509 N. INDIAN RIDGE DR.
TUCSON, AZ 85715

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:


     /electronic signature/
VICKIE L. GABIN
SPECIAL MASTER

*Order Granting Motion to Join Additional Parties Defendant*, Page 2