IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF NEW MEXICO, *ex rel*. STATE ENGINEER,<br><br>            Plaintiffs,<br><br>and<br><br>ZUNI INDIAN TRIBE, NAVAJO NATION,<br><br>            Plaintiffs in Intervention,<br><br>    v.<br><br>A&R PRODUCTIONS, et al.<br><br>            Defendants. | No. 01cv00072 BB<br><br>ZUNI RIVER BASIN ADJUDICATION |

**ORDER GRANTING MOTION TO JOIN ADDITIONAL PARTY DEFENDANT**

This matter is before the Court upon the motion of the Plaintiff United States of America ("United States") to join additional party defendant filed May 3, 2011 (No. 2659).

The Court finds that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the entity named below is hereby joined as a party defendant to this civil action:

    KATHERINE E. CHAVEZ FAMILY TRUST DATED
    SEPTEMBER 10, 2008
    144 COTTONWOOD DR.
    GRANTS, NM 87020

                                    _____
                                    BRUCE D. BLACK
                                    UNITED STATES DISTRICT JUDGE

Approved:

*[signature: Vickie L. Gabin]*
_____
VICKIE L. GABIN
SPECIAL MASTER

*Order Granting Motion to Join Additional Party Defendant*, Page 2