IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, for Itself and as Trustee for the Zuni Indian Tribe, Navajo Nation and Ramah Band of Navajos, and and STATE OF NEW MEXICO, *ex rel*. State ENGINEER,<br>Plaintiffs,<br><br>and<br>ZUNI INDIAN TRIBE, NAVAJO NATION,<br>Plaintiffs-in-Intervention,<br><br>-v-<br><br>STATE OF NEW MEXICO, COMMISSIONER OF PUBLIC LANDS and A & R PRODUCTIONS, *et al.*<br><br>Defendants. | 01cv072-BB-LFG<br><br>ZUNI RIVER BASIN ADJUDICATION |

## ORDER

**THIS MATTER** comes before the Court following the referral of this case to the Honorable Lorenzo F. Garcia, United States Magistrate Judge (June 8, 2011, Docket No. 2677).

Until further notice, all proposed orders, consent orders, and any other document not required to be filed should not be submitted to Judge Garcia. Instead, documents shall be sent to Jeffrie Minier, the Court's water adjudication clerk, for further distribution and processing: Jeff_Minier@nm.court.fed.us.

**IT IS SO ORDERED**.

**BRUCE D. BLACK**
**CHIEF UNITED STATES DISTRICT JUDGE**