**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| UNITED STATES OF AMERICA, for Itself and as Trustee for the Zuni Indian Tribe, Navajo Nation and Ramah Band of Navajos<br>and<br>STATE OF NEW MEXICO, ex rel. STATE ENGINEER,<br><br>　　　　Plaintiffs,<br>and<br><br>ZUNI INDIAN TRIBE,<br>NAVAJO NATION,<br><br>　　　　Plaintiffs in Intervention,<br>v.<br><br>STATE OF NEW MEXICO COMMISSIONER OF PUBLIC LANDS,<br>and<br>A & R PRODUCTIONS, et al.,<br><br>　　　　Defendants. | No. 01cv00072-BB<br><br>ZUNI RIVER BASIN ADJUDICATION<br><br>Sub-areas 9 and 10<br><br>**Subfile No.**   ZRB-2-0085 |

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiffs, the United States of America ("United States") and the State of New Mexico ex rel. State Engineer ("State"), and:

### IDA STOKES & WILLIAM MURDOCH

("Defendant") concerning the Defendant's right(s) to use the public waters of the Zuni River Stream System, Sub-areas 9 and 10, as set forth below FINDS:

1. The Court has jurisdiction over the United States, the State, the Defendant and the subject matter of this suit.

2. As evidenced by the parties' signatures below, the United States, the State, and the Defendant are in agreement concerning all elements of the right(s) of the Defendant set forth in paragraph 4 of this Consent Order to divert and use the public waters of the Zuni River Stream System, Sub-areas 9 and 10. This Consent Order and the parties' respective signatures below evidence the entire agreement between the United States, the State, and the Defendant regarding the elements of the water right(s) adjudicated by this Consent Order.

3. There is no just reason to delay entry of this Consent Order as a final judgment as between the United States, the State, and the Defendant regarding the elements of the claims of the Defendant adjudicated by this Consent Order.

4. The right(s) of the Defendant to divert and use the public waters of the Zuni River Stream System, Sub-areas 9 and 10, is as set forth below:

**WELL**

| | |
|---|---|
| **Map Label:** | 10C-4-W01 |
| **OSE File No:** | G 01239 |
| **Priority Date:** | 5/15/1925 |
| **Purpose of Use:** | NON 72-12-1 DOMESTIC |

**Well Location:**  As shown on Hydrographic Survey Map 10C-4

**S.** 22  **T.** 06N  **R.** 17W  **1/4, 1/16, 1/64:** SW   SW   NW

**X (ft):** 2,485,403      **Y (ft):** 1,357,520

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Amount of Water (ac-ft per annum):**  Historical beneficial use not to exceed 0.022 acre-feet per annum;

### WELL

| | |
|---|---|
| **Map Label:** | 10C-4-W18 |
| **OSE File No:** | G 02663 |
| **Priority Date:** | 8/4/2008 |
| **Purpose of Use:** | 72-12-1 DOMESTIC & LIVESTOCK WATERING |
| **Well Location:** | As shown on Hydrographic Survey Map  10C-4 |

**S.** 22  **T.** 06N  **R.** 17W   **1/4, 1/16, 1/64:** SW   SW   NW

**X (ft):** 2,485,322        **Y (ft):** 1,357,331

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Amount of Water (ac-ft per annum):**   Historical beneficial use not to exceed 0.7 acre-feet per annum;

5.   Defendant has no right to divert and use the public waters of the Zuni River Stream System, Sub-areas 9 and 10, except as set forth in this Consent Order and other orders entered by this Court in this cause.

6.   The Defendant, and Defendant's successors, representatives, heirs and assigns, should be enjoined from any diversion or use of the public waters of the Zuni River Stream System, Sub-areas 9 and 10, except in strict accordance with this Consent Order and other orders of the Court in this cause.

7.   The water right(s) described herein, if any, are adjudicated as between the United States, the State, and the Defendant, subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the right(s) of the Defendant to divert and use the public waters of the Zuni River Stream System, Sub-areas 9 and 10, are adjudicated as set forth herein, as between the United States, the State, and the

Defendant. The Defendant, and Defendant's successors, representatives, heirs and assigns, are hereby enjoined from any diversion or use of the public waters of the Zuni River Stream System, Sub-areas 9 and 10, except in strict accordance with this Consent Order and other orders of this Court in this cause. The Court enters this Consent Order as a partial final judgment, binding on the United States, the State, and the Defendant as to the elements of Defendant's water right(s) set forth herein, subject to the right of any other water right claimant with standing to object prior to the entry of a final decree, and subject to the terms of the final decree in this proceeding.

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

*Not Required*

VICKIE L. GABIN
SPECIAL MASTER

ACCEPTED: IDA STOKES & WILLIAM MURDOCH

26 July, 2011
DATE

ADDRESS: PO Box 749

Fence Lake, New Mexico 87315

**COUNSEL FOR THE DEFENDANT (IF REPRESENTED):**

_____             _____
                                            DATE


**COUNSEL FOR THE UNITED STATES:**

*/s/ Bradley S. Bridgewater*            8/1/2011
BRADLEY S. BRIDGEWATER                   DATE
U.S. Department of Justice
South Terrace, Suite 370
999 18th Street
Denver, CO 80202
(303) 844-1359


**COUNSEL FOR THE STATE OF NEW MEXICO *EX REL.* STATE ENGINEER:**

*/s/*                                    7/14/2011
Special Assistant Attorney General       DATE
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
(505) 827-6150

