## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, and
STATE OF NEW MEXICO, ex rel. STATE
ENGINEER,

        Plaintiffs,

and

ZUNI INDIAN TRIBE, NAVAJO NATION,

        Plaintiffs in Intervention,

v.

A & R PRODUCTIONS, et al.,

        Defendants.

**No. 01cv00072-BB**

ZUNI RIVER BASIN
ADJUDICATION

**Subfile No.**  ZRB-4-0406

### ORDER GRANTING DEFAULT JUDGMENT

THIS MATTER is before the Court upon the following Motion for

Default Judgment filed by Plaintiffs United States of America ("United States") and

State of New Mexico ex rel. State Engineer ("State"):

September 16, 2011 *Motion for Default Judgment,*  Document No.2705

The Court, being fully advised, finds that the Plaintiffs' motion is well-taken and should

be GRANTED.  Upon the record, the Court finds:

    1.  The Court has jurisdiction of the parties and the subject matter herein.

    2.  Each defendant named below has been legally served with process or

has waived service of summons.

    3.  Each defendant named below has failed to comply with the applicable

procedural and scheduling orders and to appear, answer, or otherwise defend in the

indicated subfile, and is adjudged to be in default.

      4.  The portions of the Zuni River Basin Adjudication Hydrographic Survey Report for Subareas 1, 2,  3 Excluding Ramah (August 2006, as amended), prepared by Natural Resources Consulting Engineers, Inc. under contract to the United States, relating to the water rights of each defendant named herein have been introduced into the record and the same are hereby incorporated as the evidentiary basis of the water rights described in the order.

      5.  The water rights of each defendant named below in the above-styled and captioned civil action are as follows:

### KENNETH MONTAGUE & TONIA MONTAGUE

**Subfile No.  ZRB-4-0406**

**POND**

| | |
|---|---|
| **Map Label:** | 3C-4-SP015 |
| **Purpose of  Use:** | LIVESTOCK |
| **Priority Date:** | 10/6/1997 |
| **Source of Water:** | Surface Runoff |
| **Point of Diversion:** | Not Applicable |

**Amount of Water:**

    **Depth (ft):** 1.0

    **Surface Area (sq.ft):**  12,797

    **Storage Impoundment Volume (ac-ft):**  0.176

**Pond Location:**  As shown on Hydrographic Survey Map 3C-4

    **S.** 20   **T.** 11N   **R.** 15W   **1/4, 1/16, 1/64:** NE   SW   SE

---

**X(ft):**  2,541,901          **Y(ft):**   1,517,723

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**

## POND

**Map Label:**          3C-4-SP016

**Purpose of Use:**     LIVESTOCK

**Priority Date:**      10/6/1997

**Source of Water:**    Surface Runoff

**Point of Diversion:**  Not Applicable

**Amount of Water:**

**Depth (ft):** 3.0

**Surface Area (sq.ft):**  503

**Storage Impoundment Volume (ac-ft):**   0.021

**Pond Location:**  As shown on Hydrographic Survey Map 3C-4

**S.** 20   **T.** 11N   **R.** 15W   **1/4, 1/16, 1/64:** NW   SE   NW

**X(ft):**  2,540,222          **Y(ft):**   1,518,430

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**

## WELL

**Map Label:**          3C-4-W014

**OSE File No:**        G 2167

**Priority Date:**      3/25/2004

**Purpose of Use:**     72-12-1 DOMESTIC ONE HOUSEHOLD

**Well Location:**      As shown on Hydrographic Survey Map  3C-4

**S.** 20   **T.** 11N   **R.** 15W   **1/4, 1/16, 1/64:** NE   SE   NE

**X (ft):** 2,543,057   **Y (ft):** 1,518,593

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Amount of Water:**   Historical beneficial use not to exceed 0.7 ac-ft per annum

## WELL

**Map Label:**          3C-4-W015

**OSE File No:**         G 1218

**Priority Date:**       3/12/2002

**Purpose of Use:**      72-12-1 DOMESTIC ONE HOUSEHOLD

**Well Location:**       As shown on Hydrographic Survey Map  3C-4

**S.** 20   **T.** 11N   **R.** 15W   **1/4, 1/16, 1/64:** NE   SW   NE

**X (ft):** 2,541,897   **Y (ft):** 1,518,344

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Amount of Water:**   Historical beneficial use not to exceed 0.7 ac-ft per annum

WHEREFORE IT IS HEREBY ORDERED AND ADJUDGED that the water rights of each defendant named above are as set forth herein, subject to the right of any other water rights claimant with standing to object prior to the entry of a final decree.

IT IS FURTHER ORDERED that each defendant named herein, and his or her successors, representatives, heirs and assigns, are HEREBY ENJOINED from any diversion or use of the waters of the Zuni River Stream System, except in strict accordance with this order or other orders of this Court in this civil action.

---

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE



October 2006

**LEGEND**

- ⊙ Well
- ● Town
- ▭ Stock Pond
- ▭ Basin Boundary
- ▭ Sub-Area Boundary
- ▭ Section Boundary

1 inch equals 800 feet

500  250  0  500
Feet

Zuni River Basin
Hydrographic Survey

**Sub-Area 3**
**Subfile Number: ZRB-4-0406**
**PLSS: S20, T11N, R15W**
**Sheet 1 of 1**

**NRCE** ®

**Natural Resources Consulting Engineers, Inc.**

Fort Collins, CO     Oakland, CA     Asmara, ERITREA

Project Manager:  L. Niel Allen, P.E., Ph.D.