## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, for Itself
and as Trustee for the Zuni Indian Tribe, Navajo
Nation and Ramah Band of Navajos
and
STATE OF NEW MEXICO, ex rel. STATE
ENGINEER,

      Plaintiffs,
and

ZUNI INDIAN TRIBE,
NAVAJO NATION,

      Plaintiffs in Intervention,
v.

STATE OF NEW MEXICO COMMISSIONER
OF PUBLIC LANDS,
and
A & R PRODUCTIONS, et al.,

      Defendants.

No. 01cv00072-BB

ZUNI RIVER BASIN
ADJUDICATION

Sub-areas 9 and 10

**Subfile No.**    ZRB-2-0101

### CONSENT ORDER

The Court, having considered the agreement between the Plaintiffs, the United States of America ("United States") and the State of New Mexico ex rel. State Engineer ("State"), and:

### LINK RANCH, LLC

("Defendant") concerning the Defendant's right(s) to use the public waters of the Zuni River Stream System, Sub-areas 9 and 10, as set forth below FINDS:

1.      The Court has jurisdiction over the United States, the State, the Defendant and the subject matter of this suit.

2.      As evidenced by the parties' signatures below, the United States, the State, and the Defendant are in agreement concerning all elements of the right(s) of the Defendant set forth in paragraph 4 of this Consent Order to divert and use the public waters of the Zuni River Stream System, Sub-areas 9 and 10. This Consent Order and the parties' respective signatures below evidence the entire agreement between the United States, the State, and the Defendant regarding the elements of the water right(s) adjudicated by this Consent Order.

3.      There is no just reason to delay entry of this Consent Order as a final judgment as between the United States, the State, and the Defendant regarding the elements of the claims of the Defendant adjudicated by this Consent Order.

4.      The right(s) of the Defendant to divert and use the public waters of the Zuni River Stream System, Sub-areas 9 and 10, is as set forth below:

## WELL

**Map Label:**       10A-4-W02

**OSE File No:**      G 01920

**Priority Date:**     12/31/1942

**Purpose of Use:**   NON 72-12-1 DOMESTIC & LIVESTOCK

**Well Location:**     As shown on Hydrographic Survey Map  10A-4

**S.** 3   **T.** 05N   **R.** 18W   **1/4, 1/16, 1/64:** SE      SW      SE

**X (ft):** 2,456,996      **Y (ft):**  1,341,466

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Amount of Water:**   Historical beneficial use not to exceed 2.029 ac-ft per annum

---

5.      Defendant has no right to divert and use the public waters of the Zuni River Stream System, Sub-areas 9 and 10, except as set forth in this Consent Order and other orders entered by this Court in this cause.

6.      The Defendant, and Defendant's successors, representatives, heirs and assigns, should be enjoined from any diversion or use of the public waters of the Zuni River Stream System, Sub-areas 9 and 10, except in strict accordance with this Consent Order and other orders of the Court in this cause.

7.      The water right(s) described herein, if any, are adjudicated as between the United States, the State, and the Defendant, subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the right(s) of the Defendant to divert and use the public waters of the Zuni River Stream System, Sub-areas 9 and 10, are adjudicated as set forth herein, as between the United States, the State, and the Defendant. The Defendant, and Defendant's successors, representatives, heirs and assigns, are hereby enjoined from any diversion or use of the public waters of the Zuni River Stream System, Sub-areas 9 and 10, except in strict accordance with this Consent Order and other orders of this Court in this cause.  The Court enters this Consent Order as a partial final judgment, binding on the United States, the State, and the Defendant as to the elements of Defendant's water right(s) set forth herein, subject to the right of any other water right claimant with standing to object prior to the entry of a final decree, and subject to the terms of the final decree in this proceeding.

_(signature)_

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE


ACCEPTED: _Edward L. Link_                    _9-25-11_
          LINK RANCH, LLC                      DATE


ADDRESS: _9-25-11_ 7319 Lew Wallace dr. N.E
         Albu, N. mex. 87109


**COUNSEL FOR THE DEFENDANT (IF REPRESENTED):**


_____          _____
                                          DATE


**COUNSEL FOR THE UNITED STATES:**

_(signature)_
_____          _9/21/11_
ANDREW "GUSS" GUARINO                      DATE
U.S. Department of Justice
South Terrace, Suite 370
999 18th Street
Denver, CO 80202
(303) 844-1343


Consent Order              Page 4          **Subfile No.** ZRB-2-0101

COUNSEL FOR THE STATE OF NEW MEXICO *EX REL.* STATE ENGINEER:

_____     4/15/2011
Special Assistant Attorney General           DATE
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
(505) 827-6150

---

Consent Order                     Page 5                     **Subfile No.** ZRB-2-0101



10A-4-W02

December 2005

**LEGEND**

- ⊙ Well
- ● Town
- ☐ Stock Pond
- ☐ Sub-Area Boundary
- ☐ Section Boundary

1 inch equals 800 feet

500   250   0   500
Feet

Zuni River Basin
Hydrographic Survey

**Sub-Area 10**
**Subfile Number: ZRB-2-0101**
**PLSS: S03, T05N, R18W**
**Sheet 1 of 1**

**NRCE®**

**Natural Resources Consulting Engineers, Inc.**

Fort Collins, CO      Oakland, CA      Asmara, ERITREA

Project Manager:  L. Niel Allen, P.E., Ph.D.