## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, for Itself
and as Trustee for the Zuni Indian Tribe, Navajo
Nation and Ramah Band of Navajos
and
STATE OF NEW MEXICO, ex rel. STATE
ENGINEER,

      Plaintiffs,
and

ZUNI INDIAN TRIBE,
NAVAJO NATION,

      Plaintiffs in Intervention,
v.

STATE OF NEW MEXICO COMMISSIONER
OF PUBLIC LANDS,
and
A & R PRODUCTIONS, et al.,

      Defendants.

**No. 01cv00072-BB**

ZUNI RIVER BASIN
ADJUDICATION

Sub-area 7

**Subfile No:**   ZRB-3-0024

## CONSENT ORDER

    The Court, having considered the agreement between the Plaintiffs, the United States of

America ("United States") and the State of New Mexico ex rel. State Engineer ("State"), and:

## CANDY KITCHEN AREA WATER COOPERATIVE ASSOCIATION

("Defendant") concerning the Defendant's right(s) to use the public waters of the Zuni River

Stream System, Sub-area 7, as set forth below FINDS:

1.     The Court has jurisdiction over the United States, the State, the Defendant and the subject matter of this suit.

2.     As evidenced by the parties' signatures below, the United States, the State, and the Defendant are in agreement concerning all elements of the right(s) of the Defendant set forth in paragraph 4 of this Consent Order to divert and use the public waters of the Zuni River Stream System, Sub-area 7. This Consent Order and the parties' respective signatures below evidence the entire agreement between the United States, the State, and the Defendant regarding the elements of the water right(s) adjudicated by this Consent Order.

3.     There is no just reason to delay entry of this Consent Order as a final judgment as between the United States, the State, and the Defendant regarding the elements of the claims of the Defendant adjudicated by this Consent Order.

4.     The right(s) of the Defendant to divert and use the public waters of the Zuni River Stream System, Sub-area 7, is as set forth below:

## WELL

| | |
|---|---|
| **Map Label:** | 7A-3-W16 |
| **OSE File No:** | None |
| **Priority Date:** | 3/13/1994 |
| **Purpose of Use:** | COMMUNITY TYPE USE - MDWCA, PRIVATE OR COMMERCIAL SUPPLIED |
| **Well Location:** | As shown on Hydrographic Survey Map  7A-3 |

**S.** 22  **T.** 08N  **R.** 16W   **1/4, 1/16, 1/64:** SW    SE    NW

**X (ft):** 2,518,868      **Y (ft):** 1,420,940

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Amount of Water (ac-ft per annum):**   Historical beneficial use not to exceed 2.47 acre-feet per annum;

<u>WELL</u>

| | |
|---|---|
| **Map Label:** | 7A-3-W18 |
| **OSE File No:** | G 1450 |
| **Priority Date:** | 12/31/1969 |
| **Purpose of Use:** | COMMUNITY TYPE USE - MDWCA, PRIVATE OR COMMERCIAL SUPPLIED |
| **Well Location:** | As shown on Hydrographic Survey Map  7A-3 |

**S.** 22   **T.** 08N   **R.** 16W   **1/4, 1/16, 1/64:** SW   SE   NE

**X (ft):** 2,519,060      **Y (ft):** 1,420,638

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Amount of Water (ac-ft per annum):**   Historical beneficial use not to exceed 2.47 acre-feet per annum;

5.      Defendant has no right to divert and use the public waters of the Zuni River Stream System, Sub-areas 7, except as set forth in this Consent Order and other orders entered by this Court in this cause.

6.      The Defendant, and Defendant's successors, representatives, heirs and assigns, should be enjoined from any diversion or use of the public waters of the Zuni River Stream System, Sub-areas 7, except in strict accordance with this Consent Order and other orders of the Court in this cause.

7.      The water right(s) described herein, if any, are adjudicated as between the United States, the State, and the Defendant, subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the right(s) of the Defendant to divert and use the public waters of the Zuni River Stream System, Sub-areas 7, are adjudicated as set forth herein, as between the United States, the State, and the Defendant. The

Defendant, and Defendant's successors, representatives, heirs and assigns, are hereby enjoined from any diversion or use of the public waters of the Zuni River Stream System, Sub-areas 7, except in strict accordance with this Consent Order and other orders of this Court in this cause.  The Court enters this Consent Order as a partial final judgment, binding on the United States, the State, and the Defendant as to the elements of Defendant's water right(s) set forth herein, subject to the right of any other water right claimant with standing to object prior to the entry of a final decree, and subject to the terms of the final decree in this proceeding.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Recommended for approval:

*Not Required*
_____
VICKIE L. GABIN
SPECIAL MASTER

ACCEPTED: _Mel Merts PR._ _10/30/11_
CANDY KITCHEN AREA WATER          DATE
COOPERATIVE ASSOCIATION

ADDRESS: _P.O. BOX 394_
_PINEHILL   NM   87357_

---

Consent Order                    Page 4              **Subfile No**     ZRB-3-0024

**COUNSEL FOR THE DEFENDANT (IF REPRESENTED):**

_____

_____
DATE

**COUNSEL FOR THE UNITED STATES:**

_____

_____
DATE   3/9/09

BRADLEY S. BRIDGEWATER
U.S. Department of Justice
1961 Stout Street - 8th Floor
Denver, CO 80294
(303) 844-1359

**COUNSEL FOR THE STATE OF NEW MEXICO** *EX REL.* **STATE ENGINEER:**

_____

_____
DATE   3/9/09

Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
(505) 827-6150

Approved:

_____
Lorenzo F. Garcia
United States Magistrate Judge