IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> and <br> STATE OF NEW MEXICO, *ex rel.* STATE ENGINEER, <br><br> Plaintiffs, <br><br> and <br><br> ZUNI INDIAN TRIBE, NAVAJO NATION, <br><br> Plaintiffs in Intervention, <br><br> v. <br><br> A&R PRODUCTIONS, et al. <br><br> Defendants. | No. 01cv00072 BB <br><br> ZUNI RIVER BASIN ADJUDICATION <br><br> Subfile No. ZRB-1-0088 |

**ORDER GRANTING MOTION TO SET ASIDE DEFAULT JUDGMENT (No. 1400) AND TO DROP BRENDA ROMERO AS A PARTY**

This matter is before the Court upon the *Motion to Set Aside Default Judgment (No. 1400) and to Drop Brenda Romero as a Party* filed December 5, 2011 by the Plaintiffs United States of America and State of New Mexico *ex rel.* State Engineer (No. 2735).

The Court has reviewed the Motion, and for good cause shown, finds that it should be GRANTED.

IT IS THEREFORE ORDERED that the Order Granting Default Judgment filed December 10, 2007 (No. 1400) concerning Subfile No. ZRB-1-0088 and the Defendant Brenda Romero IS HEREBY SET ASIDE.

IT IS FURTHER ORDERED, pursuant to Fed.R.Civ.P. 21, that BRENDA ROMERO be dropped as a party defendant from this civil action.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Approved:

_____
Lorenzo F. Garcia
United States Magistrate Judge

*Order Granting Motion to Set Aside Default Judgment (No. 1400) and to Drop Brenda Romero as a Party*, Page 2