IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA and
STATE OF NEW MEXICO, *ex rel.* STATE ENGINEER,

      Plaintiffs,

and                                         01cv72 BB/LFG

ZUNI INDIAN TRIBE, NAVAJO NATION,       Zuni River Basin Adjudication

      Plaintiffs in Intervention

v.

A & R PRODUCTIONS, *et al.*

      Defendants.

## ORDER

**THIS MATTER** comes before the Court upon the Motion of Tanya L. Scott, of Law & Resource Planning Associates, P.C., to withdraw as counsel of record for Defendant the Edward J. Bawolek and Suzan J. Bawolek Revocable Trust. The Court is fully advised, finds the Edward J. Bawolek and Suzan J. Bawolek Revocable Trust consents to the withdrawal and that substitute counsel have already entered an appearance on behalf of Defendant.

**WHEREFORE IT IS ORDERED** that Tanya L. Scott and Law & Resource Planning Associates, P.C. be and hereby are allowed to withdraw as counsel of record for the Edward J. Bawolek and Suzan J. Bawolek Revocable Trust.

                                            **BRUCE D. BLACK**
                                            **CHIEF UNITED STATES DISTRICT JUDGE**

Approved:

Lorenzo F. Garcia
United States Magistrate Judge