IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, for Itself and as Trustee for the Zuni Indian Tribe, Navajo Nation and Ramah Band of Navajos<br>and<br>STATE OF NEW MEXICO, ex rel. STATE ENGINEER,<br><br>    Plaintiffs,<br>and<br><br>ZUNI INDIAN TRIBE,<br>NAVAJO NATION,<br><br>    Plaintiffs in Intervention,<br>v.<br><br>STATE OF NEW MEXICO COMMISSIONER OF PUBLIC LANDS,<br>and<br>A & R PRODUCTIONS, et al.,<br><br>    Defendants. | No. 01cv00072-BB<br><br>ZUNI RIVER BASIN ADJUDICATION<br><br>Sub-areas 1, 2, and 3 excluding Ramah<br><br>Subfile No.  ZRB-4-0411 |

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiffs, the United States of America ("United States") and the State of New Mexico ex rel. State Engineer ("State"), and:

<u>JOANN STRICKLAND AND SALLY LEE CARVER, TRUSTEES UNDER THE
J.E. WILLCOX, JR. AND WINNIE MAE WILLCOX REVOCABLE TRUST</u>

("Defendant") concerning the Defendant's right(s) to use the public waters of the Zuni River Stream System, Sub-areas 1, 2, and 3 excluding Ramah, as set forth below FINDS:



1. The Court has jurisdiction over the United States, the State, the Defendant and the subject matter of this suit.

2. As evidenced by the parties' signatures below, the United States, the State, and the Defendant are in agreement concerning all elements of the right(s) of the Defendant set forth in paragraph 4 of this Consent Order to divert and use the public waters of the Zuni River Stream System, Sub-areas 1, 2, and 3 excluding Ramah. This Consent Order and the parties' respective signatures below evidence the entire agreement between the United States, the State, and the Defendant regarding the elements of the water right(s) adjudicated by this Consent Order.

3. There is no just reason to delay entry of this Consent Order as a final judgment as between the United States, the State, and the Defendant regarding the elements of the claims of the Defendant adjudicated by this Consent Order.

4. The right(s) of the Defendant to divert and use the public waters of the Zuni River Stream System, Sub-areas 1, 2, and 3 excluding Ramah, is as set forth below:

**POND**

| | |
|---|---|
| **Map Label:** | 3C-5-SP033 |
| **Purpose of Use:** | LIVESTOCK |
| **Priority Date:** | 10/6/1997 |
| **Source of Water:** | Surface Runoff |
| **Point of Diversion:** | Not Applicable |

**Amount of Water:**

    **Depth (ft):** 1.0

    **Surface Area (sq.ft):** 20,425

Storage Impoundment Volume (ac-ft):   0.281

Pond Location:   As shown on Hydrographic Survey Map 3C-5

S.  12   T.  10N   R.  15W      1/4, 1/16, 1/64:  SW   NW   NW

X(ft):  2,559,540        Y(ft):   1,496,206

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**

## POND

Map Label:           3C-5-SP034
Purpose of Use:      LIVESTOCK
Priority Date:       1/1/1978
Source of Water:     Surface Runoff
Point of Diversion:  Not Applicable

Amount of Water:

   Depth (ft): 2.0

   Surface Area (sq.ft):   50,206

   Storage Impoundment Volume (ac-ft):   1.383

Pond Location:   As shown on Hydrographic Survey Map 3C-5

S.  12   T.  10N   R.  15W      1/4, 1/16, 1/64:  SW   NE   SE

X(ft):  2,561,553        Y(ft):   1,495,494

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**

## POND

Map Label:           3C-5-SP035
Purpose of Use:      LIVESTOCK



Priority Date: 1/1/1978

Source of Water: Surface Runoff

Point of Diversion: Not Applicable

Amount of Water:

    Depth (ft): 2.0

    Surface Area (sq.ft): 56,734

    Storage Impoundment Volume (ac-ft): 1.563

Pond Location: As shown on Hydrographic Survey Map 3C-5

    S. 12   T. 10N   R. 15W   1/4, 1/16, 1/64: SE   NW   NE

    X(ft): 2,562,903   Y(ft): 1,496,123

    New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**

## POND

Map Label: 3C-5-SP036

Purpose of Use: LIVESTOCK

Priority Date: 1/1/1978

Source of Water: Surface Runoff

Point of Diversion: Not Applicable

Amount of Water:

    Depth (ft): 2.0

    Surface Area (sq.ft): 27,732

    Storage Impoundment Volume (ac-ft): 0.764

Pond Location: As shown on Hydrographic Survey Map 3C-5

    S. 12   T. 10N   R. 15W   1/4, 1/16, 1/64: SE   NE   NE

    X(ft): 2,564,243   Y(ft): 1,495,739

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**

## POND

    **Map Label:**    3C-5-SP038
    **Purpose of Use:**    LIVESTOCK
    **Priority Date:**    10/6/1997
    **Source of Water:**    Surface Runoff
    **Point of Diversion:**    Not Applicable

    **Amount of Water:**

        **Depth (ft):** 1.0
        **Surface Area (sq.ft):** 5,731
        **Storage Impoundment Volume (ac-ft):** 0.079

    **Pond Location:** As shown on Hydrographic Survey Map 3C-5

        **S.** 12    **T.** 10N    **R.** 15W    **1/4, 1/16, 1/64:** NW SW SW

        **X(ft):** 2,559,812    **Y(ft):** 1,496,918

    New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**

## POND

    **Map Label:**    3C-6-SP063
    **Purpose of Use:**    LIVESTOCK
    **Priority Date:**    10/6/1997
    **Source of Water:**    Well
    **Point of Diversion:**    Fills from well 3C-6-W012 (Location X(ft): 2,558,732; Y(ft): 1,490,639);

    **Amount of Water:**



Depth (ft): 1.0

Surface Area (sq.ft): 5,928

Storage Impoundment Volume (ac-ft): 0.082

Pond Location: As shown on Hydrographic Survey Map 3C-6

S. 14   T. 10N   R. 15W   1/4, 1/16, 1/64: SE   NE   NE

X(ft): 2,558,768   Y(ft): 1,490,696

New Mexico State Plane Coordinate System, West Zone, NAD 1983

Dam height (if greater than 9 ft):

## POND

Map Label:   3C-6-SP064

Purpose of Use:   LIVESTOCK

Priority Date:   10/6/1997

Source of Water:   Surface Runoff

Point of Diversion:   Not Applicable

Amount of Water:

Depth (ft): 1.0

Surface Area (sq.ft): 10,709

Storage Impoundment Volume (ac-ft): 0.148

Pond Location: As shown on Hydrographic Survey Map 3C-6

S. 14   T. 10N   R. 15W   1/4, 1/16, 1/64: NW   NE   SW

X(ft): 2,555,644   Y(ft): 1,492,880

New Mexico State Plane Coordinate System, West Zone, NAD 1983

Dam height (if greater than 9 ft):

## POND

Map Label:   3C-6-SP065

Purpose of Use:   LIVESTOCK
Priority Date:    10/6/1997
Source of Water:  Surface Runoff
Point of Diversion: Not Applicable

Amount of Water:

    Depth (ft): 1.0

    Surface Area (sq.ft): 6,905

    Storage Impoundment Volume (ac-ft): 0.095

Pond Location: As shown on Hydrographic Survey Map 3C-6

    S. 14   T. 10N   R. 15W   1/4, 1/16, 1/64: NW   NE   NW

    X(ft): 2,555,603   Y(ft): 1,493,452

    New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**

## POND

Map Label:        3C-6-SP066
Purpose of Use:   LIVESTOCK
Priority Date:    10/6/1997
Source of Water:  Surface Runoff
Point of Diversion: Not Applicable

Amount of Water:

    Depth (ft): 1.0

    Surface Area (sq.ft): 6,155

    Storage Impoundment Volume (ac-ft): 0.085

Pond Location: As shown on Hydrographic Survey Map 3C-6

    S. 14   T. 10N   R. 15W   1/4, 1/16, 1/64: NW   SE   NW



   X(ft): 2,555,699   Y(ft): 1,492,278

   New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**

## POND

 **Map Label:**  3C-6-SP067
 **Purpose of Use:** LIVESTOCK
 **Priority Date:** 10/6/1997
 **Source of Water:** Surface Runoff
 **Point of Diversion:** Not Applicable

 **Amount of Water:**

  **Depth (ft):** 1.0

  **Surface Area (sq.ft):** 2,430

  **Storage Impoundment Volume (ac-ft):** 0.033

 **Pond Location:** As shown on Hydrographic Survey Map 3C-6

  S. 14 T. 10N R. 15W 1/4, 1/16, 1/64: NW SE NW

  X(ft): 2,555,707   Y(ft): 1,492,118

  New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**

## POND

 **Map Label:**  3C-6-SP068
 **Purpose of Use:** LIVESTOCK
 **Priority Date:** 10/6/1997
 **Source of Water:** Surface Runoff
 **Point of Diversion:** Not Applicable

**Amount of Water:**

    **Depth (ft):** 1.0

    **Surface Area (sq.ft):** 8,177

    **Storage Impoundment Volume (ac-ft):** 0.113

**Pond Location:** As shown on Hydrographic Survey Map 3C-6

    **S.** 14  **T.** 10N  **R.** 15W  **1/4, 1/16, 1/64:** NW  SE  SW

    **X(ft):** 2,555,685    **Y(ft):** 1,491,726

    New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**

## WELL

    **Map Label:**  3C-5-W054

    **OSE File No:**  G 01806

    **Priority Date:**  12/31/1920

    **Purpose of Use:**  NON 72-12-1 DOMESTIC & LIVESTOCK

    **Well Location:**  As shown on Hydrographic Survey Map 3C-5

    **S.** 12  **T.** 10N  **R.** 15W  **1/4, 1/16, 1/64:** NE  NW  SW

    **X (ft):** 2,562,402    **Y (ft):** 1,497,755

    New Mexico State Plane Coordinate System, West Zone, NAD 1983

    **Amount of Water:**  Historical beneficial use not to exceed 4.0 ac-ft per annum

## WELL

    **Map Label:**  3C-6-W012

    **OSE File No:**  G 01812

    **Priority Date:**  12/31/1929

    **Purpose of Use:**  NON 72-12-1 DOMESTIC & LIVESTOCK

    **Well Location:**  As shown on Hydrographic Survey Map 3C-6



S. 14   T. 10N   R. 15W   1/4, 1/16, 1/64:   SE   NE   NE

X (ft): 2,558,732        Y (ft): 1,490,639

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Amount of Water:**   Historical beneficial use not to exceed 3.4 ac-ft per annum

## WELL

**Map Label:**        3C-6-W013

**OSE File No:**      G 01808

**Priority Date:**    12/31/1935

**Purpose of Use:**   NON 72-12-1 DOMESTIC & LIVESTOCK

**Well Location:**    As shown on Hydrographic Survey Map 3C-6

S. 14   T. 10N   R. 15W   1/4, 1/16, 1/64:   NE   SW   NE

X (ft): 2,557,170        Y (ft): 1,492,070

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Amount of Water:**   Historical beneficial use not to exceed 3.5 ac-ft per annum

5.   Defendant has no right to divert and use the public waters of the Zuni River Stream System, Sub-areas 1, 2, and 3 excluding Ramah, except as set forth in this Consent Order and other orders entered by this Court in this cause.

6.   The Defendant, and Defendant's successors, representatives, heirs and assigns, should be enjoined from any diversion or use of the public waters of the Zuni River Stream System, Sub-areas 1, 2, and 3 excluding Ramah, except in strict accordance with this Consent Order and other orders of the Court in this cause.

7.   The water right(s) described herein, if any, are adjudicated as between the United States, the State, and the Defendant, subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the right(s) of the Defendant to divert and use the public waters of the Zuni River Stream System, Sub-areas 1, 2, and 3 excluding Ramah, are adjudicated as set forth herein, as between the United States, the State, and the Defendant. The Defendant, and Defendant's successors, representatives, heirs and assigns, are hereby enjoined from any diversion or use of the public waters of the Zuni River Stream System, Sub-areas 1, 2, and 3 excluding Ramah, except in strict accordance with this Consent Order and other orders of this Court in this cause. The Court enters this Consent Order as a partial final judgment, binding on the United States, the State, and the Defendant as to the elements of Defendant's water right(s) set forth herein, subject to the right of any other water right claimant with standing to object prior to the entry of a final decree, and subject to the terms of the final decree in this proceeding.

_____
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

ACCEPTED: _JoAnn Strickland / Sally Lee Carver_   1-25-2011
JOANN STRICKLAND AND SALLY LEE CARVER,    DATE
TRUSTEES UNDER THE J.E. WILLCOX, Jr. AND
WINNIE MAE WILLCOX REVOCABLE TRUST

ADDRESS: P.O. Box 2970
Milan, NM 87021

COUNSEL FOR THE DEFENDANT (IF REPRESENTED):

_____    1-26-12
                                    DATE

COUNSEL FOR THE UNITED STATES:

_____    1/23/2012
BRADLEY S. BRIDGEWATER              DATE
U.S. Department of Justice
South Terrace, Suite 370
999 18th Street
Denver, CO 80202
(303) 844-1359


COUNSEL FOR THE STATE OF NEW MEXICO *EX REL.* STATE ENGINEER:

_____    1/23/2012
EDWARD C. BAGLEY                    DATE
Special Assistant Attorney General
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
(505) 827-6150


Approved:

_____
Lorenzo F. Garcia
United States Magistrate Judge