## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, for Itself
and as Trustee for the Zuni Indian Tribe, Navajo
Nation and Ramah Band of Navajos
and
STATE OF NEW MEXICO, ex rel. STATE
ENGINEER,

        Plaintiffs,
and

ZUNI INDIAN TRIBE,
NAVAJO NATION,

        Plaintiffs in Intervention,
v.

STATE OF NEW MEXICO COMMISSIONER
OF PUBLIC LANDS,
and
A & R PRODUCTIONS, et al.,

        Defendants.

**No. 01cv00072-BB**

**ZUNI RIVER BASIN
ADJUDICATION**

Sub-areas 1, 2, and 3 excluding
Ramah

**Subfile No.   ZRB-4-0472**

### CONSENT ORDER

The Court, having considered the agreement between the Plaintiffs, the United

States of America ("United States") and the State of New Mexico ex rel. State Engineer

("State"), and:

### DENNIS GILLILAN

("Defendant") concerning the Defendant's right(s) to use the public waters of the Zuni

River Stream System, Sub-areas 1, 2, and 3 excluding Ramah, as set forth below FINDS:

1.    The Court has jurisdiction over the United States, the State, the Defendant and the subject matter of this suit.

2.    As evidenced by the parties' signatures below, the United States, the State, and the Defendant are in agreement concerning all elements of the right(s) of the Defendant set forth in paragraph 4 of this Consent Order to divert and use the public waters of the Zuni River Stream System, Sub-areas 1, 2, and 3 excluding Ramah. This Consent Order and the parties' respective signatures below evidence the entire agreement between the United States, the State, and the Defendant regarding the elements of the water right(s) adjudicated by this Consent Order.

3.    There is no just reason to delay entry of this Consent Order as a final judgment as between the United States, the State, and the Defendant regarding the elements of the claims of the Defendant adjudicated by this Consent Order.

4.    The right(s) of the Defendant to divert and use the public waters of the Zuni River Stream System, Sub-areas 1, 2, and 3 excluding Ramah, is as set forth below:

## WELL

| | |
|---|---|
| **Map Label:** | 3B-3-W037 |
| **OSE File No:** | G 02626 |
| **Priority Date:** | 4/16/2007 |
| **Purpose of Use:** | 72-12-1 DOMESTIC AND LIVESTOCK WATERING |
| **Well Location:** | As shown on Hydrographic Survey Map  3B-3 |

**S.** 13  **T.** 12N  **R.** 16W    **1/4, 1/16, 1/64:** SE     SE     SE

**X (ft):** 2,532,674      **Y (ft):** 1,552,096

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Amount of Water:**    Historical beneficial use not to exceed 1.021 ac-ft per annum

5.    Defendant has no right to divert and use the public waters of the Zuni River Stream System, Sub-areas 1, 2, and 3 excluding Ramah, except as set forth in this Consent Order and other orders entered by this Court in this cause.

6.    The Defendant, and Defendant's successors, representatives, heirs and assigns, should be enjoined from any diversion or use of the public waters of the Zuni River Stream System, Sub-areas 1, 2, and 3 excluding Ramah, except in strict accordance with this Consent Order and other orders of the Court in this cause.

7.    The water right(s) described herein, if any, are adjudicated as between the United States, the State, and the Defendant, subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the right(s) of the Defendant to divert and use the public waters of the Zuni River Stream System, Sub-areas 1, 2, and 3 excluding Ramah, are adjudicated as set forth herein, as between the United States, the State, and the Defendant. The Defendant, and Defendant's successors, representatives, heirs and assigns, are hereby enjoined from any diversion or use of the public waters of the Zuni River Stream System, Sub-areas 1, 2, and 3 excluding Ramah, except in strict accordance with this Consent Order and other orders of this Court in this cause.  The Court enters this Consent Order as a partial final judgment, binding on the United States, the State, and the Defendant as to the elements of Defendant's water right(s) set forth herein, subject to the right of any other water right claimant with standing to object prior to the entry of a final decree, and subject to the terms of the final decree in this proceeding.

Consent Order                          Page 3                          **Subfile No.**  ZRB-4-0472

_(signature)_
BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

ACCEPTED: _Dennis M. Gillilan_   _March 15, 2012_
DENNIS GILLILAN                         DATE

ADDRESS: _P.O. Box 75_
_Ft. Wingate N.M._
_87316_

**COUNSEL FOR THE DEFENDANT (IF REPRESENTED):**

_____          _____
                                                            DATE

**COUNSEL FOR THE UNITED STATES:**

_(signature)_                                       _2/8/2012_
BRADLEY S. BRIDGEWATER                    DATE
U.S. Department of Justice
South Terrace, Suite 370
999 18th Street
Denver, CO 80202
(303) 844-1359

---

Consent Order                    Page 4                    **Subfile No.**  ZRB-4-0472

COUNSEL FOR THE STATE OF NEW MEXICO  *EX REL.* STATE ENGINEER:

_____          2/6/2012
EDWARD C. BAGLEY                          _____
Special Assistant Attorney General       DATE
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
(505) 827-6150


Approved:

_____
Lorenzo F. Garcia
United States Magistrate Judge