IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, for Itself and as Trustee for the Zuni Indian Tribe, Navajo Nation and Ramah Band of Navajos and<br>STATE OF NEW MEXICO, ex rel. STATE ENGINEER,<br><br>        Plaintiffs,<br>and<br><br>ZUNI INDIAN TRIBE, NAVAJO NATION,<br><br>        Plaintiffs in Intervention,<br>v.<br><br>STATE OF NEW MEXICO COMMISSIONER OF PUBLIC LANDS,<br>and<br>A & R PRODUCTIONS, et al.,<br><br>        Defendants. | No. 01cv00072-BB<br><br>ZUNI RIVER BASIN ADJUDICATION<br><br>Sub-areas 9 and 10<br><br><br>Subfile No.    ZRB-2-0091 |

## CONSENT ORDER

The Court, having considered the agreement between the Plaintiffs, the United States of America ("United States") and the State of New Mexico ex rel. State Engineer ("State"), and:

### EDWARD ALLEN WAGNER & DONNA MARIE WAGNER

("Defendant") concerning the Defendant's right(s) to use the public waters of the Zuni River Stream System, Sub-areas 9 and 10, as set forth below FINDS:

1. The Court has jurisdiction over the United States, the State, the Defendant and the subject matter of this suit.

2. As evidenced by the parties' signatures below, the United States, the State, and the Defendant are in agreement concerning all elements of the right(s) of the Defendant set forth in paragraph 4 of this Consent Order to divert and use the public waters of the Zuni River Stream System, Sub-areas 9 and 10. This Consent Order and the parties' respective signatures below evidence the entire agreement between the United States, the State, and the Defendant regarding the elements of the water right(s) adjudicated by this Consent Order.

3. There is no just reason to delay entry of this Consent Order as a final judgment as between the United States, the State, and the Defendant regarding the elements of the claims of the Defendant adjudicated by this Consent Order.

4. The right(s) of the Defendant to divert and use the public waters of the Zuni River Stream System, Sub-areas 9 and 10, is as set forth below:

## WELL

**Map Label:** 9C-5-W02

**OSE File No:** G 01152

**Priority Date:** 1/1/1930

**Purpose of Use:** NON 72-12-1 LIVESTOCK WATERING

**Well Location:** As shown on Hydrographic Survey Map 9C-5

S. 4   T. 05N   R. 19W   1/4, 1/16, 1/64: NW   NW   NE

X (ft): 2,417,491   Y (ft): 1,347,064

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Amount of Water:** 1.841 ac-ft per annum

### WELL

| | |
|---|---|
| Map Label: | 9C-5-W03 |
| OSE File No: | G 01150 |
| Priority Date: | 1/1/1950 |
| Purpose of Use: | NON 72-12-1 DOMESTIC & LIVESTOCK |
| Well Location: | As shown on Hydrographic Survey Map 9C-5 |

S. 4   T. 05N   R. 19W   1/4, 1/16, 1/64: SE   SE   SE

X (ft): 2,422,029     Y (ft): 1,341,729

New Mexico State Plane Coordinate System, West Zone, NAD 1983

Amount of Water:   Historical beneficial use not to exceed 2.541 ac-ft per annum

### WELL

| | |
|---|---|
| Map Label: | 9C-5-W04 |
| OSE File No: | G 01149 |
| Priority Date: | 1/1/1920 |
| Purpose of Use: | NON 72-12-1 LIVESTOCK WATERING |
| Well Location: | As shown on Hydrographic Survey Map 9C-5 |

S. 12   T. 05N   R. 19W   1/4, 1/16, 1/64: SW   NE   SW

X (ft): 2,433,770     Y (ft): 1,337,600

New Mexico State Plane Coordinate System, West Zone, NAD 1983

Amount of Water:   1.841 ac-ft per annum

### WELL

| | |
|---|---|
| Map Label: | 9C-6-W01 |
| OSE File No: | G 01154 |
| Priority Date: | 1/1/1995 |

| | |
|---|---|
| Purpose of Use: | 72-12-1 DOMESTIC & LIVESTOCK WATERING |
| Well Location: | As shown on Hydrographic Survey Map  9C-6 |

S. 25   T. 05N   R. 19W   1/4, 1/16, 1/64:  NW   SW   SE

X (ft): 2,433,364        Y (ft): 1,322,921

New Mexico State Plane Coordinate System, West Zone, NAD 1983

Amount of Water:  Historical beneficial use not to exceed 2.541 ac-ft per annum


## WELL

| | |
|---|---|
| Map Label: | 9C-6-W02 |
| OSE File No: | G 02277 |
| Priority Date: | 11/13/2004 |
| Purpose of Use: | 72-12-1 DOMESTIC & LIVESTOCK WATERING |
| Well Location: | As shown on Hydrographic Survey Map  9C-6 |

S. 35   T. 05N   R. 19W   1/4, 1/16, 1/64:  NW   NE   SW

X (ft): 2,428,560        Y (ft): 1,319,092

New Mexico State Plane Coordinate System, West Zone, NAD 1983

Amount of Water:  Historical beneficial use not to exceed 0.101 ac-ft per annum


## STOCK POND

| | |
|---|---|
| Map Label: | 9B-5-SP01 |
| Purpose of Use: | LIVESTOCK |
| Priority Date: | 1/1/1972 |
| Source of Water: | Surface Runoff |
| Point of Diversion: | Not Applicable |
| Amount of Water: | |

Depth (ft): 5.0

Surface Area (sq.ft): 5,003

Storage Impoundment Volume (ac-ft): 0.345

Pond Location: As shown on Hydrographic Survey Map 9B-5

S. 19   T. 05N   R. 19W   1/4, 1/16, 1/64: NE   NE   SE

X(ft): 2,411,177   Y(ft): 1,330,205

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**

## STOCK POND

| | |
|---|---|
| Map Label: | 9C-5-SP05 |
| Purpose of Use: | LIVESTOCK |
| Priority Date: | 1/1/1940 |
| Source of Water: | Surface Runoff |
| Point of Diversion: | Not Applicable |

Amount of Water:

Depth (ft): 5.0

Surface Area (sq.ft): 4,879

Storage Impoundment Volume (ac-ft): 0.336

Pond Location: As shown on Hydrographic Survey Map 9C-5

S. 1   T. 05N   R. 19W   1/4, 1/16, 1/64: NW   NE   NE

X(ft): 2,434,915   Y(ft): 1,346,373

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**

## STOCK POND

Map Label:   9C-6-SP03

Purpose of Use:   LIVESTOCK
Priority Date:    1/1/1972
Source of Water:  Surface Runoff
Point of Diversion: Not Applicable

Amount of Water:

    Depth (ft): 5.0

    Surface Area (sq.ft): 9,661

    Storage Impoundment Volume (ac-ft): 0.665

Pond Location: As shown on Hydrographic Survey Map 9C-6

    S. 26   T. 05N   R. 19W   1/4, 1/16, 1/64: SE   NE   NE

    X(ft): 2,432,242   Y(ft): 1,322,703

    New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**

### STOCK POND

Map Label:        9C-6-SP04
Purpose of Use:   LIVESTOCK
Priority Date:    1/1/1972
Source of Water:  Surface Runoff
Point of Diversion: Not Applicable

Amount of Water:

    Depth (ft): 5.0

    Surface Area (sq.ft): 5,077

    Storage Impoundment Volume (ac-ft): 0.350

Pond Location: As shown on Hydrographic Survey Map 9C-6

    S. 25   T. 05N   R. 19W   1/4, 1/16, 1/64: SE   SE   NE

    X(ft): 2,437,036   Y(ft): 1,320,958

New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**

STOCK POND
---

Map Label: 9C-6-SP05
Purpose of Use: LIVESTOCK
Priority Date: 1/1/1998
Source of Water: Surface Runoff
Point of Diversion: Not Applicable

Amount of Water:

> Depth (ft): 7.0
> Surface Area (sq.ft): 10,378
> Storage Impoundment Volume (ac-ft): 1.001

Pond Location: As shown on Hydrographic Survey Map 9C-6

> S. 25   T. 05N   R. 19W   1/4, 1/16, 1/64: NW NW NE
> X(ft): 2,433,282   Y(ft): 1,325,024
> New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**

STOCK POND
---

Map Label: 9C-6-SP06
Purpose of Use: LIVESTOCK
Priority Date: 6/1/2006
Source of Water: Surface Runoff
Point of Diversion: Not Applicable

Amount of Water:

> Depth (ft): 8.0

Surface Area (sq.ft):  35,714

Storage Impoundment Volume (ac-ft):  3.935

Pond Location:  As shown on Hydrographic Survey Map 9C-6

S. 26   T. 05N   R. 19W   1/4, 1/16, 1/64:  SE   NW   NW

X(ft):  2,430,343   Y(ft):  1,322,754

New Mexico State Plane Coordinate System, West Zone, NAD 1983

Dam height (if greater than 9 ft):

## STOCK POND

Map Label:   9C-6-SP07
Purpose of Use:   LIVESTOCK
Priority Date:   1/1/1972
Source of Water:   Surface Runoff
Point of Diversion:   Not Applicable

Amount of Water:

Depth (ft):  4.0

Surface Area (sq.ft):  2,981

Storage Impoundment Volume (ac-ft):  0.164

Pond Location:  As shown on Hydrographic Survey Map 9C-6

S. 25   T. 05N   R. 19W   1/4, 1/16, 1/64:  SE   NW   NW

X(ft):  2,434,892   Y(ft):  1,322,597

New Mexico State Plane Coordinate System, West Zone, NAD 1983

Dam height (if greater than 9 ft):

## STOCK POND

Map Label:   9C-6-SP09
Purpose of Use:   LIVESTOCK

**Priority Date:**     1/1/1960

**Source of Water:**   Surface Runoff

**Point of Diversion:** Not Applicable

**Amount of Water:**

    Depth (ft): 12.0

    Surface Area (sq.ft): 19,750

    Storage Impoundment Volume (ac-ft): 3.264

**Pond Location:** As shown on Hydrographic Survey Map 9C-6

    S. 15   T. 05N   R. 19W   1/4, 1/16, 1/64: SE   SW   NE

    X(ft): 2,425,787   Y(ft): 1,331,609

    New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):** 12.0

## STOCK POND

**Map Label:**         9C-6-SP10

**Purpose of Use:**    LIVESTOCK

**Priority Date:**     1/1/1960

**Source of Water:**   Surface Runoff

**Point of Diversion:** Not Applicable

**Amount of Water:**

    Depth (ft): 3.0

    Surface Area (sq.ft): 2,742

    Storage Impoundment Volume (ac-ft): 0.113

**Pond Location:** As shown on Hydrographic Survey Map 9C-6

    S. 26   T. 05N   R. 19W   1/4, 1/16, 1/64: NE   SW   SE

    X(ft): 2,430,867   Y(ft): 1,323,355

    New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**

## STOCK POND

| | |
|---|---|
| **Map Label:** | 9C-6-SP11 |
| **Purpose of Use:** | LIVESTOCK |
| **Priority Date:** | 1/1/1972 |
| **Source of Water:** | Surface Runoff |
| **Point of Diversion:** | Not Applicable |

**Amount of Water:**

   Depth (ft): 7.0

   Surface Area (sq.ft): 13,316

   Storage Impoundment Volume (ac-ft): 1.284

**Pond Location:** As shown on Hydrographic Survey Map 9C-6

   S. 21   T. 05N   R. 19W   1/4, 1/16, 1/64: NE   NE   NW

   X(ft): 2,420,810      Y(ft): 1,330,409

   New Mexico State Plane Coordinate System, West Zone, NAD 1983

**Dam height (if greater than 9 ft):**

5. Defendant has no right to divert and use the public waters of the Zuni River Stream System, Sub-areas 9 and 10, except as set forth in this Consent Order and other orders entered by this Court in this cause.

6. The Defendant, and Defendant's successors, representatives, heirs and assigns, should be enjoined from any diversion or use of the public waters of the Zuni River Stream System, Sub-areas 9 and 10, except in strict accordance with this Consent Order and other orders of the Court in this cause.

7. The water right(s) described herein, if any, are adjudicated as between the

United States, the State, and the Defendant, subject to the right of any other water right claimant with standing to object prior to the entry of a final decree.

IT IS THEREFORE ORDERED that the right(s) of the Defendant to divert and use the public waters of the Zuni River Stream System, Sub-areas 9 and 10, are adjudicated as set forth herein, as between the United States, the State, and the Defendant. The Defendant, and Defendant's successors, representatives, heirs and assigns, are hereby enjoined from any diversion or use of the public waters of the Zuni River Stream System, Sub-areas 9 and 10, except in strict accordance with this Consent Order and other orders of this Court in this cause. The Court enters this Consent Order as a partial final judgment, binding on the United States, the State, and the Defendant as to the elements of Defendant's water right(s) set forth herein, subject to the right of any other water right claimant with standing to object prior to the entry of a final decree, and subject to the terms of the final decree in this proceeding.

Approved:

BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE

Lorenzo F. Garcia
United States Magistrate Judge

ACCEPTED: _Edward Allen Wagner & Donna Marie Wagner_   3/28/2012
EDWARD ALLEN WAGNER & DONNA MARIE WAGNER   DATE

ADDRESS: P.O. Box 779    *rural addressing* or 595 RINCON RANCH RD.
FENCE LAKE, NM 87315

COUNSEL FOR THE DEFENDANT (IF REPRESENTED):

_____          _____
                                            DATE

COUNSEL FOR THE UNITED STATES:

_____          3-13-2012
ANDREW "GUSS" GUARINO                       DATE
Indian Resources Section
Environment and Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Office: 303-844-1343
Cell: 303-229-7256
Fax: 303-844-1350

COUNSEL FOR THE STATE OF NEW MEXICO *EX REL.* STATE ENGINEER:

_____          3/13/2012
Special Assistant Attorney General          DATE
Office of the State Engineer
P.O. Box 25102
Santa Fe, NM 87504
(505) 827-6150

---