# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and STATE OF NEW MEXICO, ex rel. STATE ENGINEER, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| and | ) ) | No. 01cv00072-MV-WPL |
| ZUNI INDIAN TRIBE, NAVAJO NATION, | ) ) | ZUNI RIVER BASIN ADJUDICATION |
| Plaintiffs in Intervention, | ) ) | |
| v. | ) ) | **Subfile No.** ZRB-2-0038 |
| A & R PRODUCTIONS, et al. | ) ) | |
| Defendants. | ) ) ) | |

## ORDER SETTING PRETRIAL CONFERENCE

Plaintiffs' Joint Motion to Set Pretrial Conference is this subfile action (Doc. 3167) is GRANTED. A **Pretrial Conference** will be held by teleconference on **February 16, 2016, at 9:30 a.m.** The parties will call the Court's "meet-me" line at **(505) 348-2356** to participate in the Pretrial Conference. It is recommended that a reliable long-distance carrier be used to ensure sound quality. **This line can only accommodate up to five telephone lines, including the Court's. If the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.**

Counsel should be prepared to discuss discovery needs and scheduling, all claims and defenses, initial disclosures, and the timing of expert disclosures and reports under Federal Rule of Civil Procedure 26(a)(2). Counsel should also be prepared to discuss the use of scientific evidence and whether a *Daubert* hearing is needed.[1]

IT IS SO ORDERED.

William P. Lynch
United States Magistrate Judge

---

[1] *See Daubert v. Merrell Dow Pharm.*, 509 U.S. 579 (1993).