IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>STATE OF NEW MEXICO *ex rel,*<br>STATE ENGINEER,<br><br>    Plaintiffs,<br><br>v.<br><br>A & R Productions et al,<br><br>    Defendants. | No. 01cv00072-MV/WPL<br><br>ZUNI RIVER BASIN<br>ADJUDICATION<br><br>Subfile No: ZRB-4-0453 |

## ORDER ALLOWING WITHDRAWAL OF COUNSEL

Tanya L. Scott and Law & Resource Planning Associates, P.C., moved, pursuant to D.N.M.LR-Civ. 83.8(a), to withdraw as counsel of record for Theodore Broderick in this Subfile matter. (Doc. 3178.) Scott indicated that she tried to reach Broderick to seek his consent, but has lost all contact with him. (*Id.*) Consistent with D.N.M.LR-Civ. 83.8(b), Scott included in her Motion a warning that Broderick's failure to object to the withdrawal within fourteen days would constitute consent to grant the motion. Broderick did not object and is deemed to consent.

IT IS THEREFORE ORDERED that Tanya L. Scott and Law & Resource Planning Associates, P.C., be and hereby are allowed to withdraw as counsel of record for Theodore Broderick in this matter.

_____
William P. Lynch
United States Magistrate Judge