IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and<br>STATE OF NEW MEXICO, ex rel. STATE<br>ENGINEER, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| and | ) ) | No. 01-cv-0072 MV/WPL |
| ZUNI INDIAN TRIBE, NAVAJO NATION, | ) ) | ZUNI RIVER BASIN<br>ADJUDICATION |
| Plaintiffs in Intervention, | ) ) | |
| v. | ) ) | **Subfile No.** ZRB-4-0169 |
| A & R PRODUCTIONS, et al., | ) ) | |
| Defendants. | ) | |

**ORDER SETTING DISCOVERY DEADLINES**
**AND ADOPTING JOINT STATUS REPORT**

This case came before me for a scheduling conference. This subfile action is hereby assigned to a standard case-management track. Additionally, the Joint Status Report filed by the parties is adopted as an order of the Court, except to the extent that it conflicts with the following case-management provisions.

Initial disclosures of witnesses and documents pursuant to Federal Rule of Civil Procedure 26(a)(1) are due **March 18, 2016**. Defendants' written expert reports pursuant to Rule 26(a)(2) are due **April 18, 2016**, and Plaintiffs' written expert reports pursuant to Rule 26(a)(2) are due **June 1, 2016**. A maximum of **twenty-five (25) interrogatories, twenty-five (25) requests for admission, and twenty-five (25) requests for production** are allowed by each

party to any other party. Any party may take the deposition of any witness identified. All depositions are limited to four hours, unless extended by mutual agreement.

The termination date for discovery is **June 16, 2016**, and discovery shall not be reopened, except by an order of the Court upon a showing of good cause. This deadline shall be construed to require that discovery be completed on or before the above date. Service of interrogatories or requests for production shall be considered timely only if the responses are due prior to the deadline. A notice to take deposition shall be considered timely only if the deposition takes place prior to the deadline. The pendency of dispositive motions shall not stay discovery. Any motions related to discovery shall be filed no later than **June 23, 2016.**

Defendants shall file and serve any motion for summary judgment by **July 18, 2016**. Plaintiffs shall file and serve a combined brief featuring any response to Defendants' summary judgment motion and any cross-motion for summary judgment by **August 15, 2016**. Defendants shall file a combined brief featuring their reply as to their summary judgment motion and any response to Plaintiffs' cross-motion for summary judgment by **August 30, 2016**. Plaintiffs shall file a final reply as to their cross-motion for summary judgment by **September 14, 2016**. Any pretrial motions filed after the above dates shall be considered untimely in the discretion of the Court.

If documents are attached as exhibits to motions, affidavits, or briefs, those parts of the exhibits that counsel want to bring to the attention of the Court must be highlighted in accordance with D.N.M.LR-Civ. 10.6.

IT IS SO ORDERED.

*William P. Lynch*
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.