## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF NEW MEXICO, ex rel. STATE ENGINEER, | ) ) ) ) |
| Plaintiffs, | ) ) |
| and | ) ) |
| ZUNI INDIAN TRIBE, NAVAJO NATION, | ) ) |
| Plaintiffs in Intervention, | ) ) |
| v. | ) ) |
| A & R PRODUCTIONS, et al., | ) ) |
| Defendants. | |

No. 01-cv-0072 MV/WPL

ZUNI RIVER BASIN
ADJUDICATION

**Subfile No.** ZRB-2-0098

## ORDER DENYING MOTION FOR ORAL ARGUMENT

The Subfile Defendants filed an opposed motion requesting oral argument on the cross motions for summary judgment in this action. (Doc. 3099.) Local Rule 7.6(a) makes clear that motions in the District of New Mexico will be decided on the briefs unless the Court determines that oral argument would be beneficial. D.N.M.LR-Civ. 7.6(a). The cross motions for summary judgment have been referred to me for proposed findings and recommended disposition. I find that oral argument would not helpful in resolving this matter and therefore deny the motion.

IT IS SO ORDERED.

_____
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.