IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

and

STATE OF NEW MEXICO, ex rel. STATE ENGINEER,
    Plaintiffs,

and

ZUNI INDIAN TRIBE, NAVAJO NATION
    Plaintiffs-in-Intervention,

  -vs-

A & R Productions, et al.,
    Defendants.

No. 01cv00072-MV-WPL
Subfile No. ZRB-2-00098
JAY Land Ltd. Co., Yates Ranch Property LLP

## ORDER VACATING EVIDENTIARY HEARING (Doc. 3368)

The parties to the above subfile having jointly so moved,

IT IS THEREFORE ORDERED that the Evidentiary Hearing set for June 19, 2017, is hereby vacated and all deadlines previously set by the Court in Document 3368 are set aside.

_____
United States Magistrate Judge

Submitted:

/S/Edward S. Bagley

/S/Andrew "Guss" Guarino

/S/Peter B. Shoenfeld