IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA and
STATE OF NEW MEXICO, *ex rel.*
STATE ENGINEER,

    Plaintiffs,

and

ZUNI INDIAN TRIBE, NAVAJO NATION,

    Plaintiffs in Intervention,

v.

A & R PRODUCTIONS, *et al.*,

    Defendants.

CV 01-0072 MV/JHR

ZUNI RIVER BASIN
  ADJUDICATION

**Subfile No. ZRB-1-0148**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter comes before the Court on Defendant Norma M. Meech's Objections to Inclusion of New Material in Reply Brief, or, in the Alternative, Motion to File Surreply [Doc. 3507], filed May 19, 2021, and on Magistrate Judge Jerry H. Ritter's Proposed Findings and Recommended Disposition [Doc. 3517], filed August 27, 2021, which recommends granting Ms. Meech leave to file a surreply. [*See id.*]. The proposed findings notify the parties of their ability to file objections and that failure to do so waives appellate review. To date, neither party has filed objections.

Wherefore,

  IT IS HEREBY ORDERED AS FOLLOWS:

1.    The Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 3517] is **ADOPTED**; and

1

2.  Defendant Norma M. Meech's Objections to Inclusion of New Material in Reply Brief, or, in the Alternative, Motion to File Surreply [Doc. 3507] is **granted**. Ms. Meech's surreply is due 14 days from the entry of this Order.

_____
UNITED STATES DISTRICT JUDGE